# Exhibit 3

**The RealReal, Inc. Loss Chart**
**Pursuant and/or Traceable to the June 2019 IPO**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | IPO Price | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $20.00 | $16.84 |
| Michael Sanders | 8/15/2019 | 2000 | ($15.24) | ($30,480) | 9/3/2019 | 2574 | $13.14 | $33,822.36 | | | | | |
| | 8/23/2019 | 1000 | ($15.60) | ($15,600) | | | | | | | | | |
| | | 3000 | | ($46,080) | | 2574 | | $33,822.36 | 426 | $7,173.84 | ($5,083.80) | | |