THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071-9500
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Attorneys for Plaintiff Michael Sanders*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SANDERS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE REALREAL, INC., JULIE WAINWRIGHT, MATT GUSTKE, STEVE LO, CHIP BAIRD, MAHA IBRAHIM, ROB KROLIK, MICHAEL KUMIN, STEFAN LARSSON, NIKI LEONDAKIS, JAMES MILLER, CREDIT SUISSE SECURITIES (USA) LLC, BOFA SECURITIES, INC., UBS SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., STIFEL, NICOLAUS & COMPANY, COWEN AND COMPANY, LLC, and RAYMOND JAMES & ASSOCIATES, INC.,<br><br>Defendants. | Case No. 5:19-cv-07737-EJD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Courtroom:** No. 2 – 5th Floor<br>**Judge:** Hon. Edward J. Davila<br>**Date Filed:** January 29, 2020 |

STIPULATION AND [~~PROPOSED~~] ORDER                                    CASE NO. 5:19-cv-07737-EJD
EXTENDING DEFENDANTS' TIME TO RESPOND

Plaintiff Michael Sanders ("Plaintiff") and Defendants The RealReal, Inc., Julie Wainwright, Matt Gustke, Steve Lo, Chip Baird, Maha Ibrahim, Rob Krolik, Michael Kumin, Stefan Larsson, Niki Leondakis, and James Miller (the "RealReal Defendants"), as well as Credit Suisse Securities (USA) LLC, Bofa Securities, Inc., UBS Securities LLC, KeyBanc Capital Markets Inc., Stifel, Nicolaus & Company, Cowen and Company, LLC, and Raymond James & Associates, Inc. (the "Underwriter Defendants" and, together with the RealReal Defendants, "Defendants"), hereby stipulate and agree as follows:

WHEREAS Plaintiff filed the initial complaint in the above-captioned action on November 25, 2019 (Dkt. No. 1);

WHEREAS the statutory procedure for appointment of lead plaintiff and lead counsel set forth in the Private Securities Litigation Reform Act of 1995, codified at 15 U.S.C. § 77z-1 and 78u-4 ("PSLRA"), applies to this case;

WHEREAS the deadline to file an application for appointment of lead plaintiff and lead counsel was January 24, 2020 and Plaintiff filed the only such application;

WHEREAS the Court set a hearing on the lead plaintiff and lead counsel application for April 30, 2020;

WHEREAS a case management conference is also set for March 12, 2020;

WHEREAS following the Court's appointment of lead plaintiff and lead counsel, the lead plaintiff will file a consolidated amended complaint;

WHEREAS, it would promote efficiency and conserve judicial resources to defer all defendants' obligation to respond to the initial complaint until after the filing of a consolidated amended complaint; and

IT IS THEREFORE STIPULATED AND AGREED that, subject to the Court's approval:

1.  All defendants shall have no obligation to answer or otherwise respond to the initial complaint filed in this action.

2.  After the Court appoints a lead plaintiff(s) pursuant to the PSLRA, defendants and the lead plaintiff(s) shall confer and jointly submit to the Court: (i) a proposed schedule and dates by which the lead plaintiff(s) will file an amended complaint or designate a

complaint as the operative complaint; and (ii) a briefing schedule on defendants' anticipated motions to dismiss.

3. The March 12, 2020 case management conference shall be continued to a date to be set by the Court, following a ruling on defendants' anticipated motion to dismiss, and related disclosure, conferring and filing deadlines set for February 20, 2020 and March 5, 2020 shall be moved consistent therewith.

Dated: January 30, 2020

**SIDLEY AUSTIN LLP**
Sara B. Brody
Jaime A. Bartlett
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
Email: sbrody@sidley.com
       jbartlett@sidley.com

By:        */s/ Jaime A. Bartlett*
              Jaime A. Bartlett

*Attorneys for The RealReal Defendants*

Dated: January 30, 2020

**PAUL HASTINGS LLP**
Peter M. Stone
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900
Email: peterstone@paulhastings.com

By:        */s/ Peter M. Stone*
              Peter M. Stone

*Attorneys for the Underwriter Defendants*

Dated: January 30, 2020

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

By:        */s/ Laurence M. Rosen*
              Laurence M. Rosen

*Attorneys for Plaintiff Michael Sanders*

* * *

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____ January 30 , 2020                    Hon. Edward J. Davila
                                                  United States District Judge