# Exhibit C

(Part 1 of 2)

# Copywriting Faux & Tell

## QUARTER 1 2019

Page 2: Week of 12-24
Page 20: Week of 12-31
Page 30: Week of 1-7
Page 44: Week of 1-14
Page 57: Week of 1-21
Page 75: Week of 1-28
Page 90: Week of 2-4
Page 105: Week of 2/11 and 2/18
Page 123: Week of 2/25 and 3/4
Page 141: Week of 3/11
Page 158: Week of 3/17
Page 166: Week of 3/25

# Copywriting Faux & Tell

Week of 12-24-2018

A weekly recap of TRR published and returned counterfeits

Ready-To-Wear

# Balenciaga 2018 Contrast-Collar Combo Shirt



**TRR FAKE**





**TRR FAKE**



**TRR FAKE**

**BALENCIAGA**

contrast-collar sweatshirt detail shirt

935 Now £561 Save 40%

QUANTITY:     SIZE:
SELECT SIZE
34 FR - Sold out
36 FR - Sold out                    Add sold out items to your wishlist and we'll email you if more stock becomes
38 FR - Sold out                    available.
40 FR - Sold out
42 FR - Low in stock
44 FR - Sold out

Size Guide

SHOP THE LOOK

**DESCRIPTION**

Balenciaga's SS18 collection sees a heightened dose of Demna Gvasalia's subversive codes, with layered pieces such as this shirt and sweater pairing. Debuted on the Paris runway, the red, white and blue striped underlayer is crafted from cotton to an oversized fit, while the bright yellow outer is draped at the back with sleeves knotted at the front. Team it with tailored trousers and statement accessories for off-beat impact.

Shown here with Balenciaga Tartan high-rise trousers, Balenciaga Ville Top Handle S bag and Balenciaga Knife pumps.

Product number: 18039R4

- Incorrect colors used on embroidery, striped shirt & sweatshirt. Colors appear too dull & too bright.
- Incorrect size listed. Should use Italian sizing.
- Incorrect size tag placement

# Christian Dior J'Adior T-Shirt

- Fabrication tag too long & not aligned
- Incorrect shape of "8"
- Shape of bee is too blurry



**TRR FAKE**





**TRR FAKE**



**TRR FAKE**

# Dior Homme Utility Jacket



Hedi Slimane for SS 2006



**TRR FAKE**







**TRR FAKE**





**TRR FAKE**



**TRR FAKE**

-Unbranded zippers (Dior was using lampo zippers at this time),
-Size tag placement, stitching & color incorrect
-Unbranded snap hardware

# Christian Dior Wool Coat









- Fonts too thin especially at style code.
- Incorrect format on second page
- Missing 'Franca' under Made in France

# Christian Dior Wool Checkered Shirt









**TRR FAKE**

**TRR FAKE**

**TRR FAKE**



- Unbranded snap closure (Dior would engrave the snap's with "Christian Dior" as this is a recent piece),-
- Fabrication tags do not align properly & are are two different lengths
- Fabrication tags are too shiny & fonts are too bold & overly spaced.

**TRR FAKE**



# Roberto Cavalli Dress





**TRR FAKE**







**TRR FAKE**

- Off brand sizing tag found at slip.
- Brand tag colors and textures are incorrect.
- Very poor construction.

**TRR FAKE**







# Prada Sport Logo T-Shirt

**TRR FAKE**



**TRR FAKE**





**TRR FAKE**

- Incorrect font at brand tags (letters are not spaced far enough apart)
- Over-branding on front of T-Shirt is not the brand's aesthetic.



**TRR FAKE**

# Shoes & Accessories

# Fendi Strap You Mini Strap






**TRR FAKE**



**TRR FAKE**





**TRR FAKE**

-incorrect font, size and quality of foil stamp

-poor quality hardware, leather, materials and finishing

-no country of origin present



# Fendi Strap You Eyes Floral Strap



**TRR FAKE**





**TRR FAKE**





**TRR FAKE**



**TRR FAKE**





**TRR FAKE**

-incorrect font and size of foil stamp

-poor quality hardware, leather, materials and finishing

- stitching placement is incorrect at fastener

# Gucci Princetown Velvet Mules



**TRR FAKE**







**TRR FAKE**



**TRR FAKE**







**TRR FAKE**



-Improper placement of crystal embellishments on upper

-Incorrect brand and country of origin font, poor construction on shoe sole, inconsistent heel design

-Inconsistent floral design on insole

# Gucci 2017 Brixton Horsebit Loafers



- Incorrect placement & style code format
- Debossed stamp logo is too deep
- Adhesive at sole.



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**





# Golden Goose Superstar Low-Top Sneakers





**TRR FAKE**

**TRR FAKE**





**TRR FAKE**



- Pock marked insole, missing country of origin & size stamp at insole
- Visible foam at tongue
- Foil stamp at side as green-hue undertone

# Christian Louboutin Very Noeud Pumps

**TRR FAKE**









**TRR FAKE**

Insole color is too light, and interior foil stamp is too thin and green-hued.

**TRR FAKE**



Plastic film at outsole.

# Christian Louboutin Ponyhair Pumps

**TRR FAKE**





**TRR FAKE**





The counter lining is pockmarked, interior foil stamp is too shiny and has a greenish hue.





**TRR FAKE**





**TRR FAKE**

# Louis Vuitton Monogram Slide Sandals

TRR FAKE





This particular style was never created.

TRR FAKE





Incorrect brand font.

TRR FAKE





Font is too elongated, no style code or size is present.

TRR FAKE



# Copywriting Faux & Tell

Week of 12-31-2018/2019

A weekly recap of TRR published and returned counterfeits

Ready-To-Wear

# Philipp Plein "Kenzo" T-Shirt



**TRR FAKE**



Hexagon shaped placard is incorrect; P's should not touch the inner line and the 7 and 8 should not be serifed.



**TRR FAKE**



**TRR FAKE**



Brand tag appears to be older Philipp Plein; tags to right are examples of the correct vintage format.

Kenzo and Philipp Plein never collaborated on a collection.





Inferior construction; crooked stitching, unfinished hems and loose threads.

# Victoria, Victoria Beckham Dress



**TRR FAKE**



**TRR FAKE**







**TRR FAKE**





**TRR FAKE**

- Brand tag is incorrect, Victoria Victoria Beckham should never include a "By".
- Incorrectly formatted fabric tag.
- Cheap SBS zipper used.
- Sizing should be UK and numbered.

# Handbags

# Fendi Monster Card Holder

Crooked uneven stitches.

**TRR FAKE**



**TRR FAKE**







**TRR FAKE**








**TRR FAKE**

- Incorrectly formatted serial number, font should be serifed.
- Incorrect fonts at leather brand tag.
- This particular colorway was never produced.

Spelling errors at RFID tag.

# Proenza Schouler Leather PS1 Clutch



- Incorrect screws used (should be flat head)
- Heavy debossed logo stamp at interior zipper & tab
- Incorrect shape of logo tab



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**

Shoes & Accessories

# Gucci Princetown Mules

**TRR FAKE**





**TRR FAKE**

- The counterfeit embroidery is not nearly as detailed and features a heavy black outline.
- Stitching at heart applique is crooked.
- Foiled brand stamp is too thin and green-hued.
- This colorway was never produced.



**TRR FAKE**





**TRR FAKE**



**TRR FAKE**





Foiled serial stamp is missing.

# Christian Louboutin Anemone Pumps



**TRR FAKE**







**TRR FAKE**



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**

- Brand stamp has greenish tinge and is larger than what is consistent with Louboutin.
- Stitching and construction are poorly done.
- Sole is plastic instead of leather and branding is too large.
- Silhouette is incorrect - slope of shank is not curved; toe box is pointed at incorrect angle.

# Copywriting Faux & Tell

Week of 1/7/2019

A weekly recap of TRR published and returned counterfeits

Handbags

# Loewe 2018 Mini Gate Bag



**TRR FAKE**



**REAL**



**TRR FAKE**



**REAL**



**TRR FAKE**



**REAL**

- Suede lining is lower quality than what is typically seen (higher nap).
- Logo is stamped very lightly.
- No country of origin or style information present.

# Prada Vela Tote



**TRR FAKE**

The counterfeit is missing the logo at the lining; is also too thin.

Made in tag is not correct texture or font.

Missing QA tab.



**TRR FAKE**



**TRR FAKE**

Font at front placard is incorrect. The placard is also stitched on crookedly at the leather base.



**TRR FAKE**




# YSL Monogram Chain Wallet



**TRR FAKE**

**TRR FAKE**









**TRR FAKE**





- Cartoonish incorrect font at zipper pull.
- Font on dust bag is blurry, appears to be painted on rather than printed.
- Fonts throughout bag are incorrect, particularly at interior flap and style code.
- Inferior textiles used and construction.

**TRR FAKE**



# Ready to Wear

# Christian Dior Denim Dress











Poor quality stitching; brand tag format and attachment; cut line visible on care tag.









# Dior Homme Sweater



**TRR FAKE**

The cut lines visible on the care tag; incorrect format on care tag (no Dior designation); printing on textured side of care tag; and the font on the brand tag, specifically the D is thick.



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**



**REAL**



**TRR FAKE**

**REAL**



**REAL**



**REAL**



**REAL**

Shoes & Accessories

# Rick Owens Moody Sockrunner Boots

Cap-toes on counterfeit are translucent; corners of the cap should be slightly rounded to fit the curvature of the toes.



**TRR FAKE**



**TRR FAKE**



 

**TRR FAKE**

- Font at outsole is incorrect, all letters should be clearly legible.
- Style code format is incorrect.
- Made in Italy should not be foiled; only embossed.
- Counter is missing a stitch.



**TRR FAKE**





**TRR FAKE**

# Rick Owens Ramones Shearling Boots

**TRR FAKE**



Counterfeit has sloppy uneven stitches.

Construction is poorly done.

Visible glue marks.



**TRR FAKE**

**TRR FAKE**








- Logo at sole is incorrect; each letter should be clearly legible.
- Numbers in style code are printed crookedly, and the "Made In" stamp is too deeply embossed.
- The lining of the shoe was not real shearling.
- Counterfeit was missing the logo patch at interior tongue.

**TRR FAKE**

**TRR FAKE**



# Maison Margiela Tabi Boots



Synthetic outsole is covered in a plastic film. Stamps are crooked and irregular.

Came packaged in cellophane bags.

Dust bags are a shiny polyester, they should be a light cotton-blend canvas.

Poor construction and synthetic materials used throughout the boot.





**TRR FAKE**







**TRR FAKE**





**TRR FAKE**

# Fendi Bag Bug



**TRR FAKE**



**REAL**



**TRR FAKE**



**REAL**

**TRR FAKE**

Studs on logo hang tag are domed instead of conical; logo embossing is not clean; end of leather strap is squared off; poor quality stitching; country of origin is not present on strap.



**TRR FAKE**



**REAL**



**TRR FAKE**



**REAL**





**TRR FAKE**





**REAL**

**TRR FAKE**



**REAL**



**REAL**





**TRR FAKE**

**TRR FAKE**

# Copywriting Faux & Tell

Week of 1/14/2019

A weekly recap of TRR published and returned counterfeits

# Handbags

# Fendi Monster Eyes Card Holder

Correct style # font.

**TRR FAKE**





**TRR FAKE** Interior foil stamp for this particular style and textile should be blind stamped. Stamp is also not centered; excessive glue residue seen



**TRR FAKE** Inferior exterior foil stamp with incorrect fonts, particularly at the A in ROMA

# Ready to Wear

# Alice + Olivia Maxi Dress

**TRR FAKE**



This dress is not consistent with the brand's aesthetic and design.

Brand tag has been poorly attached; A+O tags should either be tacked down on each end, or nicely folded over as seen below.

**TRR FAKE**







Poor construction throughout.

**TRR FAKE**



# Wool & Cashmere Balmain Coat (Men's)

**TRR FAKE**
Unbranded buttons
and overall textile
feels inferior



**TRR FAKE** Incorrect brand
tag, inferior lining, poor
construction



**TRR FAKE** inferior
unbranded zipper
hardware



*Quick link to Balmain RTW Authentication Tips*

# Alice + Olivia Romper

**TRR FAKE**





**TRR FAKE**







**TRR FAKE**

Incorrectly formatted fabric tag; A+O garments should include an RN number of "107677", and resemble the authentic tags shown.

Brand tag has been poorly attached; A+O tags should either be tacked down on each end, or nicely folded over as seen to the right.





**TRR FAKE**



# Yves Saint Laurent T-Shirt (Men's)



Example of one correct version, fabric tag formats will vary for YSL, based on date of production.



**TRR FAKE** care tags attached poorly with contrast stitching





**TRR FAKE** Overall aesthetic is not consistent with any era of Yves Saint Laurent past thru present

**TRR FAKE** Inferior brand tag, poorly attached

\***Quick link to Saint Laurent RTW Authentication Tips**\*

# Valentino Cashmere Sweater

**TRR FAKE**



**TRR FAKE**






Fabric tag is affiliated with a different fashion brand- Anteprima.

https://en.anteprima.com/

Anteprima and Valentino have never collaborated.

Brand tag was swapped out and replaced with Valentino tag.

# Louis Vuitton T-Shirt (Men's)









**TRR FAKE** Care tags are poorly attached with incorrect saturation and font type/color

**TRR FAKE** Garment overall feels inferior, not like cotton (contents stated 98% cotton)

# The Row Mini Skirt



Incorrect size tag and format; incorrect fabric tag.







Constructed from poor quality polyester, The Row is known for their high quality luxury fabrics.

Shorts lining has been torn apart.





Brand tag has been poorly attached with crooked, uneven stitches.
Authentic brand tags will be attached nicely folded over at the corners.
Size listed at brand tag is 4, while small paper tag lists a M.

# Givenchy Pencil Skirt

**TRR FAKE**





**TRR FAKE**




**TRR FAKE**






Skirt has a Giambattista Valli fabric tag with a Givenchy Brand tag.
To the left is the correct Valli fabric tag format, which is comparable to the fabric tag found on this skirt.

Examples of authentic Givenchy fabric tags from this time period.

Shoes & Accessories

# Copywriting Faux & Tell

Week of 1/21/2019

## A weekly recap of TRR published and returned counterfeits

# Ready to Wear

# "Women's" Maison Margiela Top

**TRR FAKE**



**TRR FAKE**



**REAL**

**TRR FAKE**
Inferior size tag used, non-brand compliant.

**TRR FAKE** Line 10 should be a men's product - see more here

**TRR FAKE**



**TRR FAKE**

Incorrect country of origin.

# Saint Laurent Bomber Jacket

**TRR FAKE**





**TRR FAKE**



**TRR FAKE**



**TRR FAKE**





Cheap lining and rough, unfinished feeling zipper.

Incorrect chain placement, chain is too thick.

Font is too thin and brand tag is poorly attached.

**TRR FAKE**



# Saint Laurent Jeans

Back of zipper should be branded.

**TRR FAKE**

**TRR FAKE**



Chain should be nicely tacked down with same colored thread.

Fake was sold missing brand tag.





Poor stitching throughout.

**TRR FAKE**



**TRR FAKE**

Incorrectly formatted fabric tag. The majority of SLP denim will be made in Japan or Italy.

# Dolce & Gabbana Bomber Jacket





Inferior marking on zipper.



Zipper should include etched Dolce & Gabbana branding



Incorrect size listed. Should use Italian sizing.

 

Poor stitching throughout & inferior fonts on brand tag.

# Christian Dior Shorts









- Inferior zipper brand used (zipper should be branded Lampo, Riri & YKK.
- Fonts on fabrication tag are too bold & tag is too shiny.

<u>Dior RTW Training Presentation</u>

# Dolce & Gabbana Wool Sweater



Inconsistent embroidery
pattern throughout.

Incorrect code

Incorrect materials
listed

[Look 17 from the Fall 2018 Collection](#)

# Burberry Archive Logo Sweatpants

**TRR FAKE**



**TRR FAKE**



**TRR FAKE**



Article # is incorrect; correlates to T-shirt shown below. Above tie caps are printed, the brand name should be engraved.



White cotton graphic print T-shirt from Burberry featuring a round neck, short sleeves, a slim fit, a graphic print and a printed logo to the rear. This item is true to fit.

Designer Style ID: 4049306
Colour: BIANCO



**TRR FAKE**

Correct style # 4548021



**TRR FAKE**



# Burberry Archive Logo Sweatshirt

**TRR FAKE**







Fabric tag is missing Article # and Page # at top of tag.

**TRR FAKE**



Poor construction.

**TRR FAKE**

**TRR FAKE**

Brand tag is missing the "Made in" Tab. Incorrect fonts and texture.





Sloppy embroidery, font is off.

**TRR FAKE**



Shoes & Accessories

# Miu Miu Sunglasses



**TRR FAKE**

Poor etching & incorrect fonts at lenses.



**TRR FAKE**

Incorrect style number sequence.



Mismatched hardware (silver tone nose pads)



**TRR FAKE**

# Christian Dior Belt



Made in Taiwan - should be Made in Italy or France

**TRR FAKE**

**TRR FAKE**

Unbranded hardware

**TRR FAKE**

Pockmarked backing of leather belt

**TRR FAKE**

# Christian Louboutin Pumps

**TRR FAKE**





**TRR FAKE**

**TRR FAKE**

Fake has pockmarked lining, should be smooth suede.

Incorrect interior fonts.

Matted plastic outsole with striations running through the brand stamp.





# Christian Louboutin Caged Sandals

**TRR FAKE**











**TRR FAKE**





**TRR FAKE**

**TRR FAKE**

**TRR FAKE**
Unbranded cheap zip; should be YKK zipper.
Faux leather used.
Outsole stamp is too thin, and too deeply embossed.
The interior stamp is a green-hued gold.

Handbags

# Mulberry Leather Crossbody



**TRR FAKE**



**TRR FAKE**



Font of serial number is incorrect, too large, and deeply embossed

Interior branding is stamped on a rectangular instead of oval tab. Branding is blindly stamped instead of foil stamped.

Lining is shiny and synthetic.



**TRR FAKE**



# Mulberry Daria Hobo



**TRR FAKE**



**TRR FAKE**



Heavy brushstrokes on hardware/ hardware is glazed, incorrect fonts, heavy-handed foil stamp, hardware colors are mixed.



**TRR FAKE**





Tree cutout should always be precise and clean.

Poor construction throughout.



**TRR FAKE**

# Copywriting Faux & Tell

Week of 1/28/2019

## A weekly recap of TRR published and returned counterfeits

Ready-To-Wear

# Rick Owens Drkshdw Shorts



**TRR FAKE**

Unbranded zippers are used in the faux piece.

 

 

**TRR FAKE**          **AUTHENTIC**

Darkshadow branding on care/fabric/size tag and main line Rick Owens branding at interior brand tag.

**TRR FAKE**          **AUTHENTIC**

Interior care/fabric/size tag format is incorrect including font sizing and layout

**TRR FAKE**

# Fendi Logo Striped Jeans

Ends of letters should be rounded, instead of so sharply cut.





**TRR FAKE**



**TRR FAKE**



**TRR FAKE**

Authentic piece always starts with vertical "FF" under the pocket, opposed to horizontally oriented.

**TRR FAKE**

Letters are stamped crookedly at button, zipper is overly shiny and glazed.

**TRR FAKE**

# Fendi Tired Eyes Windbreaker




**TRR FAKE**


**TRR FAKE**

Unbranded back of zips. Should have Fendi branding.

Incorrect coloration, font and crooked stitching at brand tag.

Eye applique on authentic piece is more detailed and cleanly cut.


**TRR FAKE**



F is not visible. ←


**TRR FAKE**

**TRR FAKE**

# Saint Laurent Baja Knit Cardigan









**TRR FAKE**



**TRR FAKE**

Poor construction, remnants of fabric tag are incorrect fabrication.

Pattern is incorrect: Fake is rectangular and sharp, the pattern should be curved and undulating as seen on shot from YSL website.







**TRR FAKE**

# Jacquemus La Bomba Applique Top

**TRR FAKE**





**TRR FAKE**



Jacquemus brand tags will always be cleanly tacked down at the corners, opposed to a running vertical stitch down each side.

**TRR FAKE**



Detail at applique patches are not nearly as detailed as they should be.

**TRR FAKE**




Incorrect font.

Woven pieces will always be numbered sizing.

**TRR FAKE**



# Handbags

# Valentino Rockstud Heart Shoulder Bag



**TRR FAKE**

Different curvature at the
top of heart shape;
contrast between stitch
color and leather color.



**AUTHENTIC**



**TRR FAKE**

Variances in stitch width and clarity of font on interior
brand tag.



**AUTHENTIC**



**TRR FAKE**

Shape of pointed tip of
turnlock closure.

# Valentino Candystud Top Handle Bag



**TRR FAKE**

- Incorrect placement of studs.
- Heavily debossed stamp at exterior back pocket.
- Shiny hardware



**TRR FAKE**          **AUTHENTIC**



**TRR FAKE**          **AUTHENTIC**

# Valentino Rockstud Spike Tote



**AUTHENTIC**



**TRR FAKE**

-Interior brand tag font, fabric, stitching



**TRR FAKE**

-Branding on snap - authentic should not have any numbers



**TRR FAKE**



**TRR FAKE**

-Screws on backside of brand plaque should be flat-head, not Philips head.

# Valentino Candystud Shoulder Bag

Variances in weight & thickness of foil stamp



**AUTHENTIC**

**TRR FAKE**



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**

Thickness/puffiness of leather and weight of logo stamp

Absence of style/serial number tab in fake item.



**AUTHENTIC**

# Bottega Veneta Roma Tote



**TRR FAKE**

- Bottega Veneta typically uses Riri zippers
- Poorly soldered hardware



**TRR FAKE**



**TRR FAKE**

- Interior brand stamp is thin and sub-par.



**TRR FAKE**



**AUTHENTIC**

- No authenticity/style number tag included



**AUTHENTIC**



**AUTHENTIC**

Accessories

**TRR FAKE**





# Gucci Logo Belt

According to style number, the belt should be Guccissima.

Font at buckle is not finished cleanly.

Belt is unfinished leather at interior.

**TRR FAKE**



**TRR FAKE**



**TRR FAKE**



# Copywriting Faux & Tell

Week of 2/4/2019

A weekly recap of TRR published and returned counterfeits

Accessories

# Moncler Beanie



**AUTHENTIC**



**TRR FAKE**

Note placement and spacing of letter, specifically the letter 'R'

- Fabrication tag booklet with crest and QR code at front
- Brand tag attached with hidden stitch
- Hang tag attached by fabric tie



**AUTHENTIC**



**TRR FAKE**

- Format of fabrication tag is incorrect
- Brand tag attachment (crooked stitching)
- Hang tag attachment (thin string)

# Moncler Scarf



**AUTHENTIC**



**AUTHENTIC**



**AUTHENTIC**



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**

-Brand tag format and attachment
-Fabric contents tag is not present

# Ready-To-Wear

**TRR FAKE**



# Thom Browne Cardigan



**TRR FAKE**



**TRR FAKE**







**TRR FAKE**

- Incorrect font at tags; should appear to be more pixelated.
- Tags on counterfeit are stitched down, should be neatly tacked down in all four corners.
- This particular style should be produced in the U.K. or Italy, not Japan.

# McQ Embroidered Harness Button-Up







Discrepancies in shades of white at hang tags.





Font at brand tag is incorrect, too elongated.







Style # is incorrect.

Poorly done embroidery.

Cheap quality throughout.



# Zimmermann Iris Smocked Maxi Dress



**TRR FAKE**



**TRR FAKE**

Crochet trim is not as detailed, stitches should be smaller, fabric has a much tighter weave on authentic dress.







**TRR FAKE**

Zimmermann garments NEVER list an RN number, this particular RN number corresponds to all brands under the Anthropologie umbrella.

Tag is missing "Designed in Australia"



**TRR FAKE**

Placement of size tab is incorrect, textile of tag is too shiny.



**TRR FAKE**







**TRR FAKE**

# Zimmermann Mischief Ladder Dress





**TRR FAKE**







**TRR FAKE**

Incorrect fonts at brand tag; incorrect placement of size tag; faux tag is too thin, the underside of the stitching is visible.



Dress should have detachable lining with spaghetti straps and a V-neck. Counterfeit has lining sewn into the dress.

**TRR FAKE**

Missing lining fabrication; Zimmermann logo is crooked.



- 100% silk; lining: 90% polyester, 10% elastane



**TRR FAKE**

Counterfeit is missing trim throughout bodice.

# Zimmermann Corsair Playsuit



**TRR FAKE**

**TRR FAKE**



**TRR FAKE**




- Counterfeit is missing pockets.
- Misspellings and incorrect fonts at tags.
- Overall poor quality throughout.





**TRR FAKE**

**TRR FAKE**



# Zimmermann Mercer Jumpsuit



**TRR FAKE**



**TRR FAKE**

**TRR FAKE**

**TRR FAKE**



Poor print quality; incorrect fonts at tags; poor quality hardware and construction.

**TRR FAKE**

**TRR FAKE**

**TRR FAKE**

**TRR FAKE**

# Handbags

# Fendi Medium Roll Tote



















- Inferior leather used
- Incorrect color embellishment & placement
- Inferior leather patch at interior
- Missing style code

# Saint Laurent College Satchel

**TRR FAKE**















- Incorrect brand fonts (too thin and incorrectly serifed.)
- Markings and Phillips head screw on snap.
- Style code is barely visible and not the correct font.

# Bvlgari Serpenti Scaglie Studs Bag



**AUTHENTIC**

**TRR FAKE**

**AUTHENTIC**

-Differences in pattern on serpent head

-Number of leather panels on flap

-A quick search shows our fake is a hybrid between the 2 styles offered in SS16



**AUTHENTIC**

# Copywriting Faux & Tell

Week of 2/11 and 2/18/2019

A weekly recap of TRR published and returned counterfeits

Ready-To-Wear

# Givenchy Logo Stripe Joggers



**AUTHENTIC**

**TRR FAKE**

-Inconsistent design - TRR pants have open pockets, geniune Givenchy have zip pockets

-Quality of materials and construction is poor on the faux version, especially stitching.

**TRR FAKE**



**AUTHENTIC**

Interior fabrication tag has wrong format and the feel of the tag is too silky and shiny.



**TRR FAKE**

# Dolce & Gabbana Blouse



**AUTHENTIC**



**TRR FAKE**



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**

-Brand tag font and attachment (Placement of L, C, A, &)

-Overall design variations of pattern

-Size format and format of fabric content tag




**AUTHENTIC**



**TRR FAKE**

# Philipp Plein Hoodie



- Fabrication tag does not include patchwork material.
- Incorrect fonts at fabrication tag.





**TRR FAKE**   **TRR FAKE**   **AUTHENTIC**

Fonts at border are overly spaced & too short.






**TRR FAKE**   **AUTHENTIC**

# Valentino Lace Gown




**AUTHENTIC**



Incorrect brand tag **TRR FAKE**
material, fonts are
too bold & tag is too
small for silhouette.


**AUTHENTIC**


**TRR FAKE**

Incorrect
zipper used.
Authentic
Valentino RTW
will have lux
zippers such
as YKK.

# Yohji Yamamoto Pour Homme Jacket



**TRR FAKE**



**TRR FAKE**





**AUTHENTIC**



**TRR FAKE**

- inconsistent fonts at brand and fabric content tag;
- lining is shiny and uncharacteristic of the brand;
- poor stitching and construction

# Fear Of God 2014 Plaid Casual Shirt



**AUTHENTIC**



**TRR FAKE**



**TRR FAKE**

- Inconsistent font at brand tag
- Hardware should be shiny, not matte
- Font at interior brand tag



**AUTHENTIC**



**TRR FAKE**




**TRR FAKE**



**TRR FAKE**

# Celine T-Shirt



**TRR FAKE**

-inferior fonts;

incorrect brand tag;

care tags overly saturated;

garment does not fit aesthetic of the brand



**AUTHENTIC**



**TRR FAKE**



**TRR FAKE**




**AUTHENTIC**



**TRR FAKE**

# Accessories

# Jimmy Choo Flats

**TRR FAKE**





**TRR FAKE**



Misspelling at outsole- "Jimmy Ghoo"

**TRR FAKE**



**TRR FAKE**

Jimmy Choo has never used a yellow box.









Incorrect font at interior label; poorly cut insole.

# Valentino Scarf



**AUTHENTIC**



**AUTHENTIC**



**AUTHENTIC**



**AUTHENTIC**



**TRR FAKE**

**TRR FAKE**

Material does not feel like silk; brand tag is inconsistent in color, information typically seen on Valentino; incorrect country of origin

# Saint Laurent Opyum Pumps



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**

Foil stamp font & color;

Inferior construction and stitching;

Poor quality logo embossing on soles.



**TRR FAKE**



**AUTHENTIC**

# Christian Louboutin Pumps



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**

-Poor quality leather insoles and construction

-Shiny rubber soles with very light logo stamping

-Inferior stitching at side seams

-Greenish tinge to interior foil stamping

# Hermes H Buckle Loafers

**TRR FAKE**







**TRR FAKE**



Incorrect font at insole, H buckle is made of cheap plastic, crooked details at outsole.

**TRR FAKE**





**TRR FAKE**

**TRR FAKE**

Seam is off center, Hermes logo is missing accent.

# Handbags

# Fendi Beaded Peekaboo Bag

**TRR FAKE**









**TRR FAKE**

Removable is misspelled.

Serial hologram is sewn into lining.



**TRR FAKE**

Factory code should use "-" instead of "/".




**TRR FAKE**



# Saint Laurent Cassandre Clutch

**TRR FAKE**





Incorrect font at serial tab; incorrect style number for this bag.

**TRR FAKE**

**TRR FAKE**





Incorrect font; too thin and has a greenish-gold hue.

**TRR FAKE**





Inferior feeling leather, poor quality lining.

# Copywriting Faux & Tell

Week of 2/25/19 and 3/4/19

A weekly recap of TRR published and returned counterfeits

Ready-To-Wear

# Kenzo Sweater















- Brand tag should be folded back instead of stitched at the sides
- Inferior care tags
- Made In China

# Comme des Garçons Play Striped Logo Sweater











- Inferior size tags
- Inferior brand tags with poor stitching
- Incorrect fonts at care tags.

## Saint Laurent Silk Star Print Top











- Garment's textile hand is rough and inferior
- Brand tag is placed incorrectly (at collar)
- Care tags hand is incorrect with pixelated text & crooked cut line

# Comme des Garçons Play Wool Intarsia Cardigan













Inferior size tags fabrication and font; inferior brand tag with inconsistent attachment, incorrect fonts and format at care tags

# Thom Browne Stripe Knit Top



**TRR FAKE**



**TRR FAKE**



**AUTHENTIC**

**TRR FAKE**



**AUTHENTIC**

-Size tag has incorrect format (Size 'S' listed on Fake, while Size 0 listed on Authentic)
- Care tags have a cut line present at the bottom of the tag.

# Fendi Casual Bomber Jacket



**TRR FAKE**



**TRR FAKE**

inferior appliqués with poorly embossed textile; poor stitching at brand tag, brand tag for this type of garment is too small;



**TRR FAKE**



**AUTHENTIC**



unbranded zipper hardware with incorrect enamel details;



**TRR FAKE**



**AUTHENTIC**

shiny/thin fabric tags with inferior fonts; style number pulls up for a polo shirt; contents states garment is 100% cotton but is a "nylon" bomber

# Dolce & Gabbana Hooded Zip-Up Sweatshirt



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**



**TRR FAKE**

inferior brand tag; unbranded zipper pulls with incorrect engravings; poor care tags with incorrect style number; care tags hand is incorrect, should feel like a tyvek tag; lacks correct fonts and saturation; style number pulls up for denim jeans;

unbranded zipper hardware with "Europe style" at pulls.

# Balenciaga 2017 Worldwide Homme Sweater



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**



**AUTHENTIC**

inferior brand tag; thick care tags with incorrect bold fonts; care tags have a cut line present; inferior logo embroidery with incorrect placement, specifically the letter 'O' in Tokyo



**TRR FAKE**



**AUTHENTIC**

# Self-Portrait Guipure Lace Mini Dress



**TRR FAKE**     **TRR FAKE**     **TRR FAKE**     **TRR FAKE**

Inferior care tags, inferior zipper hardware throughout with incorrect tone. One zipper has a brushed finish with orange undertones and the other is too shiny and textured with overly yellow undertones.

# Accessories

# Prada Brogue Platform Oxfords







**TRR FAKE**





**TRR FAKE**

**TRR FAKE**

-Incorrect size stamp font
-Inferior/sloppy country of origin stamp
-Both size and country of origin stamp should be located at the reverse of the tongue
-Interior logo stamp too large

# Handbags

# Fendi Mini Pyramid Studded Backpack



**TRR FAKE**          **AUTHENTIC**



**AUTHENTIC**

  

**TRR FAKE**          **AUTHENTIC**

-Font of both exterior and interior brand foil stamps is incorrect.
-Font of style number foil stamp is incorrect
-Colorway of pyramid studs are inconsistent

  

**TRR FAKE**          **AUTHENTIC**

  

**TRR FAKE**          **AUTHENTIC**

# Chloe Nile Bracelet Bag



**AUTHENTIC**



**AUTHENTIC**



**TRR FAKE**

-Logo blind stamp placement on front flap is off center vertically (Note excess space below stamp)



**AUTHENTIC**

-Crooked, inconsistent stitching on underside of flap

**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**

-Style/serial number is incorrect format and font (blank spaces instead of dots/hyphens between numbers; incorrect color leather tab)

# Michael Kors Leather Sloan Crossbody Bag





**TRR FAKE**         **TRR FAKE**         **TRR FAKE**

shiny hardware and phillips head screws used; interior brand stamp is incorrect (font too thin and lightly stamped); 'patented' snap used



**AUTHENTIC**

# Fendi Kan I Swirl Shoulder Bag



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**

hardware is shiny and lightweight



**TRR FAKE**



**AUTHENTIC**

incorrect font of interior and exterior brand foil stamp and country of origin; incorrect style number;

# Copywriting Faux & Tell

Week of 3-11-2019

A weekly recap of TRR published and returned counterfeits

Handbags

# Bottega Veneta Intrecciato Veneta Hobo





**TRR FAKE**



**AUTHENTIC**



-Fonts at interior are too bold, brand tag is too thick, incorrect shaped rivets.
- Unbranded zipper
- Missing tyvek tag at interior pocket



**TRR FAKE**



**AUTHENTIC**

# Valentino Rockstud Spike Medium Logo Bag





**AUTHENTIC**

**TRR FAKE**

Dust bag should be light beige twill with a red brand tag and correct fonts, instead of inferior red brushed cotton dust bag with a faux brand tag featuring inferior fonts




**AUTHENTIC**          **TRR FAKE**

VLTN font is pixelated and lacks correct white saturation/hue






**AUTHENTIC**          **TRR FAKE**

Loose hang tag has inferior saturation (should read more of a red/orange than a blue/red) and scale of style number/content is too small compared to authentic

Pyramid studs are slightly crooked



**TRR FAKE**

# Burberry Logo Leather-Trimmed Backpack



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**

Sloppy foil stamp at interior brand tag



**AUTHENTIC**



**TRR FAKE**

Inferior and incorrectly branded hardware used throughout



**AUTHENTIC**



**TRR FAKE**

The shape and construction of the handle is incorrect compared to authentic

# Balenciaga Small Cable Shopper





**TRR FAKE**

**AUTHENTIC**



**TRR FAKE**









**TRR FAKE**

**AUTHENTIC**

**AUTHENTIC**

-Strong chemical odor
-Missing style number, color code, & season code at interior pocket wall
- Incorrectly shaped hardware + hardware is too shiny

# Marni Bicolor Trunk Bag



-Incorrect shape & font on brand tag
-Incorrect spacing at 'Made In Italy'
-Inferior shape of closure & heavily debossed logo



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**



**AUTHENTIC**



**AUTHENTIC**



**AUTHENTIC**

# Accessories

# Manolo Blahnik Satin Hangisi Flats







**TRR FAKE**    **AUTHENTIC**



**TRR FAKE**    **AUTHENTIC**

-Incorrect shape of crystal buckle
-Incorrect fonts at sole & insole
-Adhesive at sole



**TRR FAKE**

# Jimmy Choo x Off-White Jane Sandals

**TRR FAKE**




**TRR FAKE**





Incorrect font; lining of leather at insole is cut crookedly and should not extend into ball of foot- as seen to right.

**TRR FAKE**



**TRR FAKE**



Sole has plastic coating, should be smooth leather.







**TRR FAKE**

Ready-To-Wear

# Acne Studios Wool Sweater



-Incorrect markings at brand tag
-Fonts are too bold
-Improper shape of brand tag



**TRR FAKE**



**AUTHENTIC**

-Thin & shiny fabrication tags
-Incorrect fonts & sweater name



**TRR FAKE**



**AUTHENTIC**

# Chloé Silk Plissé Dress





**TRR FAKE**



**TRR FAKE**



**AUTHENTIC**



**AUTHENTIC**



**AUTHENTIC**



**TRR FAKE**

- Brand tag and fabric tags attached poorly
- Fabric tags have an inferior hand
- Style number states garment is from Fall/Winter 2019 but the silhouette and construction are non brand compliant to current season.

# Loro Piana Jacket

**TRR FAKE**



Cheap unbranded hardware.



**TRR FAKE**

**TRR FAKE**



**TRR FAKE**



Multiple brands incorporate Loro Piana textiles into their designs, the tags should resemble the two authentic examples above.



**TRR FAKE**

**TRR FAKE**

RN# corresponds to the brand "Orvis"

Cheap unbranded hardware.