# Exhibit C

(Part 2 of 2)

For your reference:
https://docs.google.com/document/d/1i3gY9t9wiCOs8j-k2eMsLSVXh0fjU8C3IJy1Le7ai0A/edit

# Parajumpers Kodiak Parka

**TRR FAKE**







**TRR FAKE**





Labels should be nicely rounded on each corner, labels on counterfeit are attached crookedly. Letters at hardware should not bleed into outline.

**TRR FAKE**

**TRR FAKE**

**TRR FAKE**

Patch is sloppy and lacks detail.

**TRR FAKE**

Counterfeit had several Hilfiger buttons.

Incorrect detailing throughout, crooked and wavering stitching and unfinished embellishments.











# Saint Laurent Long Sleeve Mini Dress



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**



**AUTHENTIC**

incorrect brand tag saturation and boldness of fonts; inferior unbranded zipper hardware, garment feels inferior with poor construction throughout and non brand compliant lining

**AUTHENTIC**

# Lanvin Embroidered Crew Neck Sweater



**TRR FAKE**

incorrect brand tag for this recent of a style, inferior thin/shiny fabric tags with thin fonts and made in china country of origin



**TRR FAKE**



**TRR FAKE**



**AUTHENTIC**

# Copywriting Faux & Tell

Week of 3-17-2019

A weekly recap of TRR published and returned counterfeits

Ready-To-Wear

# Balenciaga 2018 Scarf Leather Jacket



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**

- incorrect fabrication tag (color, font, hand, sizing);
- unbranded hardware;
- incorrect font at interior lining (Serifs on the letter 'i')



**AUTHENTIC**



**TRR FAKE**



**AUTHENTIC**

# Handbags

# Mulberry  Cheyne Flap Bag



Inferior screws; rounded as opposed to flat.



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**

**AUTHENTIC**

Incorrect hardware used; inferior phillips head screw at center.



**TRR FAKE**



**AUTHENTIC**

Inferior pocket length, hardware is too shiny & poor stitching.

# Balenciaga Embroidered Logo Backpack



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**









Inferior logo embroidery, incorrect brand stamp, inferior style number fonts, overall item feels inferior

Accessories

# Gucci GG Scarf



**TRR FAKE**

**AUTHENTIC**




Incorrect hand throughout item, inferior fonts at fabrication tags and brand tag



**TRR FAKE**

**AUTHENTIC**

# Copywriting Faux & Tell

Week of 3-25-2019

A weekly recap of TRR published and returned counterfeits

Ready-To-Wear

# Self-Portrait Tiered Lace Dress

**TRR FAKE**





**TRR FAKE**

Edges of lace have not been trimmed and finished neatly.



**TRR FAKE**

Counterfeit font is slightly too squat and wavy.



**TRR FAKE**

Unnecessary interior trim that has been attached sloppily.

**TRR FAKE**



# Hermes Logo Sweatshirt

**TRR FAKE**



For examples of the correct design aesthetic for Hermes Menswear: Click here.



Examples of authentic brand and care tags.

**TRR FAKE**



Poor quality print is missing "R" in Paris.

**TRR FAKE**



Font should be wider and thicker; font color should be a deep brown opposed to black.



Incorrect font at brand tag; identical tag found on replicas website.

# Balenciaga Paris T-Shirt

**TRR FAKE**





**TRR FAKE**



Incorrect Style Number



Style # corresponds to T-shirt shown above.



Sloppy interior stitching throughout interior of T-shirt; design was never produced in black-only charcoal.

**TRR FAKE**



Incorrect font and fabrication of brand tag.

**TRR FAKE**



# Missoni Zip-Up Top

**TRR FAKE**





Brand name is misspelled. RN# corresponds to brand at the right- "Khaki Safari".

Very cheap hardware used and poor construction throughout.



# Rick Owens Shorts



**TRR FAKE**

AUTHENTIC



**TRR FAKE**



AUTHENTIC



**TRR FAKE**

AUTHENTIC

Inconsistent font at interior brand tag; drawstrings & interior branding beige and should be taupe; style code populates a different item.

# Saint Laurent T-Shirt



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**



**AUTHENTIC**

- inferior saturation at brand tag,
- inferior hand at fabrication tag
- inferior saturation at graphic.



**TRR FAKE**



**AUTHENTIC**

# Saint Laurent T-Shirt



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**





**AUTHENTIC**

**TRR FAKE**

inferior saturation at brand tag, inferior hand at fabrication tags, blurry/ off center fonts at fabrication tag.



**TRR FAKE**



**AUTHENTIC**

- incorrect hand throughout item
- inferior fonts at fabrication tags and brand tag.



**TRR FAKE**



**AUTHENTIC**



**AUTHENTIC**

# Handbags

# Jacquemus 2018 Le Sac Chiquito



Inferior quality material and construction; incorrect font of logo at front; shiny hardware; incorrect attachment of strap to bag



**AUTHENTIC**

**TRR FAKE**



**TRR FAKE**



**AUTHENTIC**

# Mulberry Bag

  



 

- Strong chemical odor
- Inferior hardware
- Incorrect fonts



**AUTHENTIC**

**TRR FAKE**

# Stella McCartney Shaggy Deer Falabella



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**

- Strong chemical odor
- Inferior hardware
- Incorrect fonts



**AUTHENTIC**



**AUTHENTIC**



**AUTHENTIC**

# Balenciaga Backpack



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**



**AUTHENTIC**

- inferior logo embroidery
- incorrect brand stamp
- inferior style number fonts
- overall item feels inferior.

Shoes

# Aquazzura Sandals




**TRR FAKE**



**AUTHENTIC**



**AUTHENTIC**



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**

- strong chemical odor
- inferior zippers & fonts.

# Tory Burch Reva Flats



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**







**AUTHENTIC**



**AUTHENTIC**





**AUTHENTIC**



**AUTHENTIC**

- inferior style number at interior
- incorrect fonts throughout
- poor construction

# Tory Burch Espadrilles



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**



**TRR FAKE**



**AUTHENTIC**



**AUTHENTIC**

- Strong chemical odor
- Poor stitching throughout
- Inferior fonts

Accessories

# Gucci Scarf



**TRR FAKE**



**AUTHENTIC**



**TRR FAKE**



**AUTHENTIC**

- incorrect hand throughout item
- inferior fonts at fabrication and brand tag