# Exhibit D



---------- Forwarded message ---------
From: 
Date: Fri, Mar 22, 2019 at 6:06 PM
Subject: Workplace Concerns & Petitions
To: <mary.chavez@therealreal.com>, <vanessa.mendieta@therealreal.com>, <zaina.orbai@therealreal.com>, <hr@therealreal.com>
Cc: 

Hello again Mary & Vanessa,

As discussed, attached here are our signed petitions in regard to the concerns we are bringing forward against the The RealReal. Please see below.

1

**In signing this, I acknowledge that in my time working for The RealReal, I have worked through my lunch and/or rest periods and was not compensated for it:**



**In signing this, I acknowledge that in my time working for The RealReal, I have received a written warning, for not making quota on days that I was out sick, otherwise off of work or was expected to make up work:**



**In signing this, I acknowledge that I have experienced retaliation, favoritism or a hostile work environment at The RealReal:**



Conclusively, we would like to reiterate that these are company-wide issues, and that many employees are fearful to speak out due to fear of retaliation. We look forward to the outcome of this investigation.


20190322_174209.jpg

Sincerely,



--

2