Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Benjamin Gillig (SBN 327873)
bgillig@sidley.com
Tyler Wolfe (SBN 328841)
tyler.wolfe@sidley.com
SIDLEY AUSTIN LLP
555 California Street,
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

*Attorneys for Defendants*
*The RealReal, Inc., and Individual Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL SANDERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE REALREAL, INC., et al.,<br><br>Defendants. | Case No.  5:19-cv-07737-EJD<br><br>**DECLARATION OF JAIME A. BARTLETT IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>Assigned to: Honorable Edward J. Davila<br><br>Date:   August 20, 2020<br>Time:  9:00 a.m.<br>Courtroom 4, 5th Floor |

DECLARATION OF JAIME A. BARTLETT ISO MTD AMENDED CLASS ACTION COMPLAINT;
CASE NO. 5:19-CV-07737-EJD

## <u>DECLARATION OF JAIME A. BARTLETT</u>

I, Jaime A. Bartlett, declare as follows:

I am an attorney at law licensed to practice in the State of California and a partner at the law firm of Sidley Austin, LLP, which represents defendants The RealReal, Inc., Julie Wainwright, Matt Gustke, Steve Lo, Maha Ibrahim, Michael A. Kumin, Gilbert L. Baird III, Rob Krolik, Stefan Larsson, Niki Leondakis, and James Miller ("TRR Defendants") in this matter. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. This declaration is submitted in support of TRR Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint and the related Request for Judicial Notice.

Attached as exhibits to this declaration are true and correct copies of the following documents:

1.      Exhibit 1:   Registration Statement filed by The RealReal, Inc. on May 31, 2019.

2.      Exhibit 2:   Form 10Q for 2Q FY2019 filed by The RealReal, Inc. on August 14, 2019.

3.      Exhibit 3:   Form 10Q for 3Q FY2019 filed by The RealReal, Inc. on November 5, 2019.

4.      Exhibit 4:   Transcript of The RealReal, Inc.'s presentation at the 2019 Wells Fargo Securities Consumer Conference and Beauty Forum on September 26, 2019.

5.      Exhibit 5:   Transcript of The RealReal, Inc.'s 3Q FY2019 earnings conference call on November 4, 2019.

6.      Exhibit 6:   Press release of CEO Julie Wainwright's Letter to Customers, dated November 12, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of May 2020, in Alameda, California.

By:*/s/ Jaime A. Bartlett*
    Jaime A. Bartlett

---

1

DECLARATION OF JAIME A. BARTLETT ISO MTD AMENDED CLASS ACTION COMPLAINT;
CASE NO. 5:19-CV-07737-EJD