# Exhibit 4

**S&P Global**
Market Intelligence

# The RealReal, Inc. NasdaqGS:REAL Company Conference Presentation

## Thursday, September 26, 2019 10:20 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ............................................................................... 3

Presentation ..................................................................................... 4

Question and Answer ....................................................................... 5

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Matthew Gustke**
*CFO & Treasurer*

**ANALYSTS**

**Irwin Bernard Boruchow**
*Wells Fargo Securities, LLC,*
*Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Irwin Bernard Boruchow**
*Wells Fargo Securities, LLC, Research Division*

Hi there. Thanks, everyone. So again, Ike Boruchow, Wells Fargo, Laguna Beach Consumer Conference, so really I had a great day so far. I'm really excited actually to have with us the RealReal Matt Gustke, CFO. It's one of the companies that we've found to be very -- one of the most -- one of the categories we find to be most compelling in the marketplace right now.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Irwin Bernard Boruchow**
*Wells Fargo Securities, LLC, Research Division*

I mean, I guess, Matt, first things first. I mean, you're a relatively new public company. For people out there listening or in the audience. Can you help us familiarize ourselves with what the RealReal is? What the vision was when this business was built? And what problem you're trying to solve for the consumer right now?

**Matthew Gustke**
*CFO & Treasurer*

Yes, sure. So thanks, everyone for coming.

As Ike mentioned, I think we're doing something that's -- it's a little bit different in both category building, but it's kind of reinventing an old industry. So we are the kind of the leading marketplace for consigned authenticated luxury goods, I know that's sort of a mouthful but all of the individual words mean something. So consignments, the sort of business model. That's the old industry that we're sort of reinventing.

At the basis of the business is 2 pillars; for buyers is trust. And we established that through taking possession of goods and authenticating through a multi -- rigorous multipoint process, absolutely, every item. So trust happens on the buyer side and for sellers we're focused on providing service, end-to-end service, because half of the time our consignors aren't participating in resell at all because the incumbent models didn't make sense [ to know ], they don't even consider consignment. So unlocking supply through service, establishing trust through buyers is creating sort of a nice combination for our consumers.

So about 8 years old, all these things together are working. The company started predominantly in women's fashion, quickly expanded across multiple categories. Jewelry and watches are now about 30% of the business. Men's is still relatively small portion of the business but it is the fastest growing category, a bit of home, a bit of art, even a little bit of kids. So in terms of where -- it's an original vision and where we're going are actually pretty similar.

So this -- we started in the original business or intended to in sort of executing on a long-term plan. So company was founded by Julie Wainwright back in 2011, after having an experience with a friend of hers shopping at a boutique and select -- a wealthy friend of hers that shopped a lot, but chose to buy the consignment in the back because she trusted the store owner, knew that it was authentic and it was a great value and it was the brands that she loved. So Julie's high moment was, hey, if I could find a way to unlock this supply and present it in a beautiful way that doesn't sort of ruin the romance of the brand by putting in an icky store experience or something [ otherwise unsavory ] that there would be sort of an unlimited demand for this type of stuff. So that's really what's been the case all along.

The supply acquisition strategy is initially focused on sending people to your home, called a white glove service, that's still the majority of our supply coming through that. And having that in-person, personal touch experience. So really we're just kind of 8 years into it that even at $700 million of GMV last year that's about 1/3 of 1% of the addressable market as we define it about $200 billion in the U.S. alone.

So as we continue to execute on the strategy of unlocking supply, growing customers and consignors, increasing the lifetime value of the customers we have, ultimately, there will be an international leg to the story, but that's not for a couple of years. And as I've mentioned, a recently public company.

**Irwin Bernard Boruchow**
*Wells Fargo Securities, LLC, Research Division*

So I guess can you help us understand at a high level, how the model works?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

My wife goes in to her closet, sees a bunch of stuff that she doesn't wear anymore, doesn't use any more, she ships it up to you guys, like how do you guys make money off that? How does she get paid? Like how does everything kind of come together?

**Matthew Gustke**
*CFO & Treasurer*

Right. So from the -- we'll take it from the consignors' perspective, and I'll kind of tell you about the business model a little bit. So if you're sitting on stuff and you'd considered consignment -- so let's say, you didn't first. It's not even something that's in your mind. Historically, what you were doing is letting it pile up in your house. Or if you weren't doing that, you're giving it away, give away to the nanny, have it shipped off to goodwill, you were doing nothing with it. Our job is to make you aware of that. So our aided awareness is still quite low in the U.S., in the neighborhood of 20% the last time that we measured it.

So our marketing team, part of their job is to make you aware and consider a consignment is part of your natural rhythm. When you buy as soon as at some point you will consign. So let's say our marketing team got to your wife, and she is like, "Oh, I've heard of this RealReal thing and my friends have told me about it, et cetera, I'm going to try that." She'll probably go online and start filling out a -- some sort of form basic information of what I have, detailing a handful of items, kind of similar line description.

Based on that, one of our people will qualify you, reach out to you to figure out what's the best way to service to you. Should we be coming to your home? Is it best for us just to send you a shipping label? Let you know that -- in the market, when we might have a physical location, we have 10 in-person locations, consignment offices and 3 retail stores that also accept consignment. So making sure that she's going to the right place for her.

After which point, she does nothing other than have like a nice conversation with that person, who educates them on the process of what it's like to consign, prices they should expect for the items, what happens after she gets -- gives up the items. At that point, sit back and do nothing. We take over and do all the work from that point. From that point forward, it's going to be 10 to 12 days, your things will be up on the site, 30 days later, it should have sold 60% of items are going to sell within the first 30 days.

And ultimately, it's going to sell and then she will be paid. So we literally have stripped out every bit of friction that there possibly can be out of the consignment process making it so easy and then backing that up with making it effective by actually having the items sell at a good price quickly.

**Irwin Bernard Boruchow**
*Wells Fargo Securities, LLC, Research Division*

The IPO was, I mean, months ago, I think, as the business of the organization change, anything noteworthy to talk about?

**Matthew Gustke**
*CFO & Treasurer*

Fortunately, no. Yes, so we -- our IPO was at the very end of June. And happy to say that not much has changed other than we've reported a good quarter where we exceed our guidance on top and bottom line, we're able to increase our guidance in both of those dimensions for both the third quarter and the full year, happy with our momentum.

**Irwin Bernard Boruchow**
*Wells Fargo Securities, LLC, Research Division*

You know one of the things that I think is so interesting about your company in the space that you play in is it does feel like a real network effect-type business. I mean it's like the more -- the way you describe it, the more people who have come to the platform, the more supply comes with it and just makes the business model that much stronger. Can you -- that's just very different for me.

I'm a legacy retail friend. I'm also -- I don't cover a lot of companies that are like that. Can you maybe just talk to that? And how the flywheel within the business kind of works?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Matthew Gustke**
*CFO & Treasurer*

Sure. So we're a 2-sided marketplace and not all marketplaces benefit from network effects. But once they get some scale and are doing some things, somewhat unique tend to, so we are, and by that meaning, the more buyers that we bring in, the more consignors that are attracted, and that sort of accelerates the power and the effectiveness of the network, and therefore, the marketplace.

But on top of that, we do have something that we call the flywheel effect, which is inside of that network effect, where our buyers become consignors and vice versa. And that is highly unusual in a 2-sided marketplace, where it's literally the same people who are doing both sides of the transaction.

Pretty much every other marketplace in the U.S., U.S. suppliers are people who are participating in the marketplace to make money, to make all or part of their living providing a service or selling products in the marketplace. In our case, that's not why our consignors are coming to us. They're not solving for money, they're not solving for income, they're solving for service. They come to us because they have a need and that's to get stuff out of their house. And do so in a way that's easy, increasingly and do so in a way that sort of promotes sustainability and keeps things in circulation. Recommerce has become an increasingly kind of an important theme. That's very important to, now the majority of our consignors actively mention sustainability as a motivation for them to consign in the first place. Having that flywheel effect does a couple of things that are important to the model. Of course, it helps our marketing efficiency because if we -- you have -- in our marketplace, you have to acquire both sides of the equation.

But if you can get 2 in 1, that's great. But perhaps more powerfully when we get somebody to cross over from just being a buyer to being a buyer who consigns, they purchase 4x as much as when they've only bought. So that has tremendous leverage in terms of lifetime value of these customers and overall operating leverage.

**Irwin Bernard Boruchow**
*Wells Fargo Securities, LLC, Research Division*

And have you seen the trajectory of a CAC or, I think BAC or...

**Matthew Gustke**
*CFO & Treasurer*

We've got BAC, yes.

**Irwin Bernard Boruchow**
*Wells Fargo Securities, LLC, Research Division*

Have you seen that continue to -- or has that been trending down? And then what's the expectation for that over time?

**Matthew Gustke**
*CFO & Treasurer*

Yes. So the measure that we used to -- for acquisition cost, we call it BAC, which is buyer acquisition cost. And that means that we take all of our advertising spend, but inclusive of consignor acquisition and buyer acquisition in anything that would be considered retention spend and lump it all into there and divide by the number of new buyers.

So fully loaded conservative number has been going down. It was $168 in 2017, dropped to $139 in 2018, down further to the low $120s in the first quarter of this year, and that's the last time we updated it.

So yes, it's been a pretty precipitous drop. Part of that's been network effects; part of that's been the flywheel effect inside of the network effect; part of that has been a change in our advertising mix, our media mix, increasingly toward TV advertising. We're about a little more than 2 years into our journey with TV.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

They found it to be -- I know this is a little bit unusual but in our case, it's been a game changer. It's been our most productive paid advertising channel in terms of the number of people it's bringing in, the cost per and the revenue or the GMV for the buyers that it's bringing. And so it's winning in all 3 of those dimensions and continues to really work for us.

On top of that, mobile has helped a lot. Our app is phenomenal for us and is now the single largest platform. If you consider nonapp mobile as a platform and then desktop as sort of a third, the app is kind of our most important platform at this point. And certainly, the fastest-growing and the best converting channel.

Of the people who have our app download, the majority of them, open it regularly. And when they do, they spend 35 minutes on average per session. So those of you [ looking at ] app statistics, that's pretty good. So it speaks to the kind of stickiness of it. But all of these things sort of compound into acquisition costs that have gone down rapidly. And we think -- particularly things like network effect, they tend to be dynamics in our marketplace that have a duration of 3 to 5 years, and we're probably not more than a year into that cycle.

### Irwin Bernard Boruchow
*Wells Fargo Securities, LLC, Research Division*

So I mean, you guys are the biggest player in the space. There's other players, has been other players raising capital over the past years. So I guess just competition, when -- on the top of competition, how is -- why would -- why would the customer think of RealReal versus another player? And then as you guys formulate your plans, how do you think about competition in terms of how you're running your business day-to-day?

### Matthew Gustke
*CFO & Treasurer*

Sure. So competition is always a tricky question in the context of a marketplace. You have to think about it separately from a buyer perspective and a seller perspective.

On the buyer side it's pretty straightforward, and I alluded to some of this earlier. We're becoming sort of synonymous with the purchase or consignment of luxury goods online and increasingly off-line in our stores as well. But buyers come to us and give us a chance because they trust us, and they trust us because we authenticate every item and we stand behind that authentication. They come back because the selection of products that we have is great. It's an unlimited selection of brands at great prices and the quality is really good. Our condition standards are high. So you -- and then on top of that, they have a nice luxury experience.

We handle the fulfillment and we ship almost everything same-day, comes nicely packaged in a box in the dust bags, you feel like you're getting a luxury-like experience, even though you've got it preowned. So we back up the trust with a great experience. On the seller side or consignor side, they come to us because -- initially because of service, we're willing to do all the work on behalf of their sale. The universe sellers of luxury goods, it's a pretty bright line between the people who are willing to do the work for a lower fee, and those who aren't willing to do the work.

We are clearly on the side of the -- the equation of people who will pay for that service. And that makes them relatively insensitive to take rate. So they start there, we offer a service, come to your home, why not meet you where you are in your consignment journey and take over from there. And they come back to us because once they consign, the products sell quickly at a good price and if they're checking, they would see that we can sell at or a higher price on other marketplaces, and then they get paid quickly.

And then once they get the money, they'll like it and they keep doing it, oftentimes, they're going to take that -- there's no rule for this, but consignment dollars tend to be respent on merchandise. So if that comes back to us, majority of it actually goes back into primary retail, which we're totally happy with. In fact, we encourage because we know ultimately that is -- that's TAM for us to potentially see again and a healthy primary market is a leading indicator of a healthy secondary market.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Irwin Bernard Boruchow**
*Wells Fargo Securities, LLC, Research Division*

So, Matt, let's switch gears a little bit. I think thus far this year, especially on the e-commerce side, we've heard of a more competitive luxury market, I guess. Can you talk to that? Has RealReal seen that? And kind of maybe just what are you seeing or what do you expect to see from a pricing perspective in terms of the rest of the year, I guess?

**Matthew Gustke**
*CFO & Treasurer*

Yes. So there's maybe a couple of angles here. So the first is the luxury market itself and what's happening with the brands and sales of luxury goods universally. And then second is a subset of that, which is really what's happening in luxury retail in department stores. So I'll cover the first one first. The luxury industry overall is healthy. It's growing and it's a very resilient market, has grown 6% CAGR over the past -- since the financial crisis. And when there has been a downturn, luxury has been impacted less, rebounded more quickly.

So just a healthy overall environment about $300 billion globally in primary luxury sales per year. And that sets in motion our TAM.

Now what's happening in luxury retail is a totally different story. A relatively small percent of luxury sold in department stores, but those department stores in which it's happening, when we know the names of them, they're not doing all that well. And they have been consistently promotional for quite some time. And from our perspective that's been -- I've been at the company 6.5 years, every year that I've been at the company in this -- the summer months, there's a pretty heavily promotional environment.

So it's nothing new to us. We've adapted. We've learned how to navigate through that. This year, we saw the slight unique twist on things as we saw it happen a little earlier. Typically, it's around the early part of June, when we start to see the aggressive promotions. This year, it started in mid-May. And that was about it? But then once it happened, it happened at the normal levels such that by the time we've got through the second quarter and even through the time of our earnings release, which is in early August, things seemed to be back to normal, no worse than they were in prior years.

[ This is how it ] affects us. Discounting applies primarily to contemporary fashion and to some extent, shoes. It's about 1/3 of our GMV. When retailers are aggressively promotional, puts some downward pressure on the resale prices because there needs to be some spread, there's no magical number or percent what that spread is, but there is something, people generally aren't going to pay more for something that's used than new. So that happens, it puts downward pressure on what we can sell things for, impacts our average order value.

And then how that further flows through to our model, we don't have any cost tied up in inventory, what's that risk is our take rate on that, which is about 35%, 36% of the sale. So an impact on our relatively small section of our business and then a small percentage of a small section. So it's a relatively muted impact for us. But at least that's what we saw in the market, I'm not sure that we're big enough to now sort of be an accurate representation of what's happening kind of luxury retail.

But in terms of where we see it heading, we've talked about it on our call that we think our average order value this quarter will be up year-over-year and in a relatively significant way, but down quarter-over-quarter because seasonally the third quarter is always the lowest price of the year. And in the fourth quarter, it will be the highest price of the year. So it be up quarter-over-quarter in a significant way.

**Irwin Bernard Boruchow**
*Wells Fargo Securities, LLC, Research Division*

So let's switch gears to another topic that I think you and I were talking about earlier -- earlier today. The question I get a lot since we've launched this coverage on you is how do you -- how do I think this business would perform during a recession? It's difficult for me to answer since you were founded in 2011. And then we're going through a recession.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So I guess, can you kind of walk us through how you see an economic slowdown impacting the business?

**Matthew Gustke**
*CFO & Treasurer*

Yes. Thanks for the question. Love sort of speculating on things that I have no real idea. But my personal hypothesis on this learning from what happened in 28 -- 2008. That was sort of the birth [ auc ] price as a new normal.

And another went away, and this was sort of a permanently higher level of value orientation among consumers. So in a recession, I would expect that to only get accentuated, which [ are a ] great place for value. So I would expect that, that would be a good draw in terms of acquiring new customers and probably also making it easier for people to consider consignment as a way to generate some money.

So I'd expect to see strong customer growth. At the same time, I would expect prices to come down. So the relative impact of those counter-balancing effects, I don't know. But, however, long the duration of a recession would be when we come through it, prices would revert to normal, and we'd have a larger base of customers and consignors, so we'd have a stronger business longer term. That's how I would anticipate it playing out, but I don't know.

**Irwin Bernard Boruchow**
*Wells Fargo Securities, LLC, Research Division*

I bet you like the trade down, and then it becomes sticky, they usually find out they like it and then all of a sudden your customer base grows.

**Matthew Gustke**
*CFO & Treasurer*

Yes.

**Irwin Bernard Boruchow**
*Wells Fargo Securities, LLC, Research Division*

So on another topic, I'm curious about authentication. So I think, I guess some investors believe it's too difficult or too hard to scale that cost item, or there's a lot of risk because of authenticators are asked to do a lot of things on a day-to-day basis. I guess, could you talk about the process at RealReal on authentication? And is there potential issues with that process as the business gets much, much larger because -- likely we're going to grow a lot from here.

**Matthew Gustke**
*CFO & Treasurer*

Yes, we certainly hope so. So yes, thanks for the question. So there's a little bit of noise out there for anyone who's following it closely around authentication. And I think it's being pushed by someone who has some sort of agenda. I can't speculate on that. Let me tell you what we -- how we think about authentication, how it actually works inside of the RealReal, and how important it is. It is literary everything to what we do. It is central to who we are, to what our brand stands for, it's in our name, it is -- there's nothing more important to what we do.

So here's how it actually works. So every product that is brought in to us, we see physically, and it goes through a multipoint brand-specific or product-specific inspection. And that product can be touched by multiple people throughout its journey before it even makes it to the site. First time is the person who is the first person to see it, they're opening the box that it's in, they're called a receiver. Their job is to inspect items for condition, make sure it meets our standards for brands, make sure it's something that we accept and they have a foundational knowledge of authentication, meaning they can spot obvious fakes, terrible construction, poor materials as they can yank those things.

They can also -- they're responsible for them doing a basic categorization of what the thing is, it's a Chanel handbag, well, that happens to be what's considered a high-risk product. So that then goes --

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

skips the line and goes directly to our expert team. And I'll come back to them in a moment. If it doesn't trip any of those flags, it's going to move on to the copywriting function. Copywriters do a bunch of things in addition to authentication, they're setting price, less and less frequently because algorithms are doing that.

They're creating a taxonomy for items. They're writing a description, a title, taking measurements, et cetera, and they're trained in a specific category, so you have a copywriter who specializes in women's contemporary, or in handbags or sneakers, and they receive deep training in their area of specialization. And the people doing that training are the experts. The experts, in turn, will be reviewing high-risk items personally. But just as important, their job is using their knowledge to document it in our systems such that the copywriters are going through our back-end system, are going through a checklist of everything that's specific to that brand or that product.

And then they're training, and they're constantly retraining new copywriters existing. The world of fakes is ever-evolving. We've had to evolve constantly as we've entered new categories, streetwear and sneakers and men's are relatively new to us, so we've had to evolve our expertise to keep pace with that.

And the world of fakes is ever more sophisticated, so we're having to constantly research and innovate and get smarter and then share our knowledge across the organization. So if that's not enough across all of those processes, then once everything is done, then we randomly audit. We have a quality control function that pulls items and does a secondary review randomly to see how good of a job we're doing.

And if we're not doing a good enough job, then we come back around and find the people and we use it as a retraining opportunity. So I'm confident that there's -- certainly in the marketplace context, there is nobody who takes authentication nearly as seriously as we do, and who has as robust and effective of processes as we do.

### Irwin Bernard Boruchow
*Wells Fargo Securities, LLC, Research Division*

Another thing that I want to bring up as was -- we talked a little bit about automation. I think you've talked about pricing and some other things, like how does automation play a role in the business today? And then if we looked at this business 3 years ago, what does that look like?

### Matthew Gustke
*CFO & Treasurer*

Yes, if you looked 3 years ago, you wouldn't see much automation. So let's talk about where it sort of applies and why it didn't make -- necessarily make a lot of sense back then. We've now sold 10 million-plus items over the duration of our company's history. That means multiple data points across 10 million-plus items. We've got a lot of data that can be used to automate certain processes, leveraging the data. Starting with pricing.

Now that we have a robust data set and technology is on our side such that image recognition can be used to extract a lot of product attributes and then match across the data in our database to find similar or like our identical items that have sold recently in the past and then automatically price that item. That didn't make sense a few years ago because our data set wasn't as rich, and frankly, the cost of developing that technology wasn't -- the ratio of what we're going to get out of it based on the benefits of that automation, it didn't make sense from an ROI perspective.

Now it does at the scale that we're at. And it has a second -- well, actually a primary benefit. Secondary benefit is we save money through automation. Primary benefit is we're less human capital-intensive as we grow and reduce the complexity in our operations and it makes it easier for us to scale.

Pricing as well. We started at the end of the second quarter, 52% of our items were algorithmically priced, that continues to increase, close on its heels or at least, we're starting, we've got in motion tests around copy authentication, so a copy automation and then photo retouching. Photo retouching is perhaps on the surface the least interesting but the most conceivably automatable. We send a bunch of images offshore for human beings to crop, [ fit out ] of the mannequin and to do light rebalancing. Takes 3 days to get

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

it back and forth where software can do it almost instantaneously and at almost 0 marginal cost. So we see all of these efforts individually is important. Again, primarily making it easier for us to scale across a complex operation; secondarily, to drive operating leverage by reducing unit cost. After we are done with those, we'll find -- we've got some other ideas and we'll keep kind of working our way through all of the ideas until the marginal benefit doesn't exceed the cost.

**Irwin Bernard Boruchow**
*Wells Fargo Securities, LLC, Research Division*

So, Matt, I mean, the last big question I had for you, I mean, we talked about all these different line items on the P&L and leverage that you guys are pulling. Taking a step back, there's a lot of money-losing e-com models that seems to be pretty prevalent right there -- right now in the market.

And you guys currently lose money. But again, like we talked about, it seems like your model is different, kind of going back to the flywheel, the network effect. Can you kind of walk us through the path to profitability? How you view scale over the coming years? And kind of longer term, what the model has the potential to look like?

**Matthew Gustke**
*CFO & Treasurer*

Sure. Happy to, quickly. To start with a quick road down of how the basic business model works and kind of the key tenets or pillars of it.

I should first start by saying that we've always been a company that has chosen to and has needed to balance growth and profitability. You can't really do one at the exclusion of others at -- in our business. So if you go back in time, you would see a pretty consistent trend of margin improvements annually. And we're really continuing along that path.

So to the business model. Essential to the model working and scaling and being profitable, high order sizes and high take rates. Our average order size last year was $446. Our take rate was 35.5%. That ended up translating to -- that left us with $86 in gross profit for every order on average. And that's a lot to work with. Those things are necessary to fund investments in the infrastructure that we need to support trust for buyers through authentication and service for sellers through having a sales team and warehouses and the infrastructure in operations, they go hand-in-hand.

So as we think forward to where the sources of leverage are, they start at the top line. Average order size is going up gradually and slowly. Further opportunities on take rate expansion. Entirely through changes that have already been made without the need for future take rate changes to get to profitability. And then over time, we should have the ability to get some leverage in our shipping expenses.

Then we can move on to operating expenses. The single base lever for us is marketing.

We benefit tremendously from having inherently high retention rates, so both buyers and consignments. As long as that continues, I -- cohorts continue to do what they've been doing and new ones do things similar to what old ones have done, the percent of our business from those repeating buyers and consignors will just keep ticking up. It was 82% of our GMV last year came from repeating buyers. And that will just keep marching up over time, presuming no other changes.

And then secondarily, our cost to acquire new buyers has been going down to our earlier comments. So those in combination are pretty powerful.

Second would be our operations. So we just talked a lot about automation efforts, those things add up to a pretty significant amount, roughly equal thirds of our leverage story is the top line leverage, variable expensed leverage, or so the 2 things we just talked about, marketing and automation benefits in our ops.

And then the third pillar of leverage is fixed costs, which are purely a function of growth in the business, the faster we grow, the more leverage we get.

**Irwin Bernard Boruchow**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Wells Fargo Securities, LLC, Research Division*

And then when we get to -- whenever that moment is 3, 5 years down the road, when you're at that level, where do you think the potential margin opportunity could be that this business is fully scaled, whenever that may be?

**Matthew Gustke**
*CFO & Treasurer*

Yes. So if we kind of take the follow of near linear path of, call it 5 to 7 or 5 to 8 percentage points of margin improvement annually, it gives you a sense of approximately when you get to breakeven, we're a negative 28% EBITDA margin business in 2018. And that should just continue on more or less into time.

We think we're going to kind of level out in the 25% EBITDA neighborhood, granted that's quite a ways out. So it's perhaps being overly precise. But that's our current view on the potential model -- the potential in the model.

**Irwin Bernard Boruchow**
*Wells Fargo Securities, LLC, Research Division*

Great. Well, it's a super exciting category, you guys are the leader in it. So, Matt, thanks so much.

**Matthew Gustke**
*CFO & Treasurer*
Okay. Thank you.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.