Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SANDERS, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>THE REALREAL, INC., *et al.*,<br><br>        Defendants. | No: 5:19-cv-07737-EJD<br><br>CLASS ACTION<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>JUDGE:  Hon. Edward J. Davila<br>DATE:   August 20, 2020<br>TIME:   9:00 a.m.<br>CTRM:   4, 5th Floor |

Plaintiffs submit this response to The RealReal Inc. and Individual Defendants' Request for Judicial Notice, Dkt. No. 33 ("RJN").

Plaintiffs do not contest that the Court may take judicial notice of the documents listed in the RJN for the limited purpose propounded in the RJN: to demonstrate that certain public statements were made as shown in the documents. However, the Court may not consider these documents for the truth of the matters asserted therein, or to the extent they are used to contradict the facts alleged in the Complaint. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1003 (9th Cir. 2018) ("it is improper to assume the truth of an incorporated document if such assumptions only serve to dispute facts stated in a well-pleaded complaint.").

DATED: June 30, 2020                    Respectfully submitted,

                                        **THE ROSEN LAW FIRM, P.A.**

                                        By: */s/ Laurence M. Rosen*
                                        Laurence M. Rosen (SBN 219683)
                                        355 S. Grand Avenue, Suite 2450
                                        Los Angeles, CA 90071
                                        Telephone: (213) 785-2610
                                        Email: lrosen@rosenlegal.com

                                        Phillip Kim (*pro hac vice*)
                                        Joshua Baker (*pro hac vice*)
                                        101 Greenwood Avenue, Suite 440
                                        Jenktintown, PA 19046
                                        Telephone: (215) 600-2817
                                        Email: pkim@rosenlegal.com
                                             jbaker@rosenlegal.com

                                        *Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 S. Grand Avenue, Suite 2450 Los Angeles, CA 90071. I am over the age of eighteen.

On June 30, 2020, I electronically filed the foregoing PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on June 30, 2020.

*/s/ Laurence M. Rosen*
Laurence M. Rosen