PETER M. STONE (SB# 157994)
peterstone@paulhastings.com
KEVIN J. WHITE (SB# 314159)
kevinwhite@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California  94304-1106
Telephone:  1(650) 320-1800
Facsimile:  1(650) 320-1900

*Attorneys for Defendants*
*Credit Suisse Securities (USA) LLC, BofA Securities,*
*Inc., UBS Securities LLC, KeyBanc Capital Markets*
*Inc., Stifel, Nicolaus & Company, Cowen and*
*Company, LLC, and Raymond James & Associates,*
*Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANDERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE REALREAL, INC., JULIE WAINWRIGHT, MATT GUSTKE, STEVE LO, CHIP BAIRD, MAHA IBRAHIM, ROB KROLIK, MICHAEL KUMIN, STEFAN LARSSON, NIKI LEONDAKIS, JAMES MILLER, CREDIT SUISSE SECURITIES (USA) LLC, BOFA SECURITIES, INC., UBS SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., STIFEL, NICOLAUS & COMPANY, COWEN AND COMPANY, LLC, and RAYMOND JAMES & ASSOCIATES, INC.,<br><br>Defendants. | CASE NO. 5:19-cv-07737-EJD<br><br>**JOINDER BY UNDERWRITER DEFENDANTS IN THE REALREAL, INC. AND INDIVIDUAL DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:          Hon. Edward J. Davila<br>Courtroom:   4-5th Floor<br>Date:           August 27, 2020<br>Time:           9:00 A.M.<br>Complaint Filed:  November 25, 2019 |

Defendants Credit Suisse Securities (USA) LLC, BofA Securities, Inc., UBS Securities LLC, KeyBanc Capital Markets Inc., Stifel, Nicolaus & Company, Cowen and Company, LLC, and Raymond James & Associates, Inc. (collectively, the "Underwriter Defendants") respectfully join in the Reply in Support of Motion to Dismiss Amended Class Action Complaint ("Reply") filed by defendants The RealReal, Inc., Julie Wainwright, Matt Gustke, Steve Lo, Maha Ibrahim, Michael A. Kumin, Gilbert L. Baird III, Rob Krolik, Stefan Larsson, Niki Leondakis, and James Miller (the "RealReal Defendants") (Dkt. 40).

As set forth in the Underwriter Defendants' Joinder to the RealReal Defendants' Motion to Dismiss the Amended Complaint (Dkt. 35), the Underwriter Defendants are sued in the Amended Complaint solely on Count I, pursuant to Section 11 of the Securities Act of 1933, in their alleged capacities as underwriters of The RealReal Inc.'s June 27, 2019 initial public offering (the "Section 11 Claim"). The Underwriter Defendants join in, adopt, and incorporate herein each of the arguments articulated in the Reply with respect to Plaintiffs' Section 11 Claim. All of the grounds for dismissal of the Section 11 Claim set forth by the RealReal Defendants in the Reply apply equally to the Underwriter Defendants and require dismissal of the Section 11 Claim as asserted against the Underwriter Defendants.

In particular, as the RealReal Defendants argue in the Reply, the heightened pleading standard of Federal Rule of Civil Procedure 9(b) applies to Plaintiffs' Section 11 claim. Reply at 2-3. Plaintiffs' Opposition further confirms, however, that the Amended Complaint's allegations do not satisfy Rule 9(b)'s requirements. Plaintiffs do not dispute that, under Rule 9(b), they must allege particularized facts detailing *each* of the Underwriter Defendants' purported participation in an alleged fraud. *See Swartz v. KPMG LLP,* 476 F.3d 756, 764-5 (9th Cir. 2007). But Plaintiffs have not alleged *any* facts, let alone "particularized" facts, indicating the role that *each* individual Underwriter Defendant played in any such scheme. Plaintiffs' general allegations that the Underwriter Defendants "help[ed] in drafting" the Registration Statement—which Plaintiffs' Opposition cites, *see* Opp. at 10—certainly do not establish each Underwriter Defendant's purported role with the requisite particularity.

Therefore, the Underwriter Defendants respectfully request that the Court dismiss Plaintiff's Section 11 Claim against them with prejudice.

DATED:  July 30, 2020

PETER M. STONE
KEVIN J. WHITE
PAUL HASTINGS LLP

By:      /s/ Peter M. Stone
              PETER M. STONE

*Attorneys for Defendants*
*Credit Suisse Securities (USA) LLC, BofA Securities, Inc., UBS Securities LLC, KeyBanc Capital Markets Inc., Stifel, Nicolaus & Company, Cowen and Company, LLC, and Raymond James & Associates, Inc.*

CASE NO. 5:19-CV-07737-EJD

- 2 -

JOINDER BY UNDERWRITER DEFENDANTS IN REPLY ISO MOT. TO DISMISS AM. COMPL.