Lisa R. Bugni (SBN 323962)
lbugni@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: +1 415 318 1234
Facsimile: +1 415 318 1300

*Attorneys for The RealReal, Inc. and Individual Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL SANDERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE REALREAL, INC., et al.,<br><br>Defendants. | Case No.  5:19-cv-07737-EJD-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR LEAD PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSE**<br><br>Assigned to: Honorable Edward J. Davila |

Lead Plaintiff Michael Sanders and named Plaintiffs Nubia Lorelle and Garth Wakeford ("Plaintiffs") and Defendants The RealReal, Inc., Julie Wainwright, Matt Gustke, Steve Lo, Chip Baird, Maha Ibrahim, Rob Krolik, Michael Kumin, Stefan Larsson, Niki Leondakis, and James Miller ("The RealReal and Individual Defendants") as well as Credit Suisse Securities (USA) LLC, B of A Securities, Inc., UBS Securities LLC, KeyBanc Capital Markets Inc., Stifel, Nicolaus & Company, Cowen and Company, LLC, and Raymond James & Associates, Inc. (the "Underwriter Defendants" and, together with The RealReal and Individual Defendants, "Defendants"), hereby stipulate and agree as follows:

WHEREAS, on March 31, 2021, the Court entered an Order Granting In Part and Denying In Part Defendants' Motion to Dismiss (Dkt. No. 43) (the "Order");

WHEREAS, based on the date of the Order, Defendants' time to answer the Amended Complaint (Dkt. No. 31) is currently April 14, 2021;

WHEREAS, pursuant to the Order, Plaintiffs are permitted to file a Second Amended Complaint on or before April 30, 2021;

WHEREAS, the parties agree it is more efficient to postpone Defendants' time to answer the Amended Complaint until after Plaintiffs decide whether to file a Second Amended Complaint;

WHEREAS, the parties have conferred regarding a schedule; and

IT IS THEREFORE STIPULATED AND AGREED that, subject to the Court's approval:

1.  If Plaintiffs do not file a Second Amended Complaint by April 30, 2021, Defendants shall file their answers to the Amended Complaint on or before May 21, 2021.

2.  If Plaintiffs file a Second Amended Complaint on or before April 30, 2021, Defendants shall file their answers or motions to dismiss the Second Amended Complaint on or before Tuesday, June 15, 2021.

3.  Should Defendants file motions to dismiss, Plaintiffs shall file their opposition on or before Friday, July 30, 2021, and Defendants shall file their replies on or before Tuesday, August 31, 2021.

| | | |
|---|---|---|
| 1 | Dated:  April 8, 2021 | KING & SPALDING LLP |
| 2 | | By: /s/ *Lisa R. Bugni* |
| 3 | | Lisa R. Bugni |
| 4 | | lbugni@kslaw.com<br>50 California Street, Suite 3300 |
| 5 | | San Francisco, CA 94111<br>Telephone: + 1 415 318 1234 |
| 6 | | Facsimile: + 1 415 318 1300 |
| 7 | | *Attorneys for The RealReal, Inc. and Individual Defendants* |
| 8 | | |
| 9 | Dated: April 8, 2021 | PAUL HASTINGS LLP |
| 10 | | By: /s/ *Peter M. Stone* |
| 11 | | Peter M. Stone |
| 12 | | peterstone@paulhastings.com<br>1117 S. California Avenue |
| 13 | | Palo Alto, CA 94304<br>Telephone: + 1 650 320 1800 |
| 14 | | Facsimile: + 1 650 320 1900 |
| 15 | | *Attorneys for Underwriter Defendants* |
| 16 | Dated: April 8, 2021 | THE ROSEN LAW FIRM, P.A. |
| 17 | | By: /s/ *Joshua Baker* |
| 18 | | Laurence M. Rosen |
| 19 | | lrosen@rosenlegal.com<br>355 South Grand Avenue, Suite 2450 |
| 20 | | Los Angeles, CA 90071<br>Telephone: + 1 213 785 2610 |
| 21 | | Facsimile: + 1 213 226 4684 |
| 22 | | Phillip Kim (*pro hac vice*) |
| 23 | | pkim@rosenlegal.com<br>Joshua Baker (*pro hac vice*) |
| 24 | | jbaker@rosenlegal.com<br>101 Greenwood Avenue, Suite 440 |
| 25 | | Jenkintown, PA 19046<br>Telephone: +1 215 600 2817 |
| 26 | | Facsimile: +1 212 202 3827 |
| 27 | | *Lead Counsel for Plaintiffs* |
| 28 | | |

2

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR SECOND AMENDED COMPLAINT AND RESPONSE, CASE NO. 5:19-CV-07737-EJD-VKD

\* \* \*

PURSUANT TO THE STIPULATION, IT IS ORDERED:

Dated: _____, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

3

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR SECOND AMENDED COMPLAINT AND RESPONSE, CASE NO. 5:19-CV-07737-EJD-VKD

## ATTESTATION

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 8, 2021                          */s/ Lisa R Bugni*
                                              Lisa R. Bugni

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2021, a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR LEAD PLAINTIFF'S SECOND AMENDED COMPLIANT AND DEFENDANTS' RESPONSE was served CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: April 8, 2021                          */s/ Lisa R Bugni*
                                              Lisa R. Bugni