PETER M. STONE (SB# 157994)
peterstone@paulhastings.com
KEVIN J. WHITE (SB# 314159)
kevinwhite@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California  94304-1106
Telephone:  1(650) 320-1800
Facsimile:  1(650) 320-1900

*Attorneys for Defendants*
*Credit Suisse Securities (USA) LLC, BofA Securities,*
*Inc., UBS Securities LLC, KeyBanc Capital Markets*
*Inc., Stifel, Nicolaus & Company, Cowen and*
*Company, LLC, and Raymond James & Associates,*
*Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANDERS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE REALREAL, INC., JULIE WAINWRIGHT, MATT GUSTKE, STEVE LO, CHIP BAIRD, MAHA IBRAHIM, ROB KROLIK, MICHAEL KUMIN, STEFAN LARSSON, NIKI LEONDAKIS, JAMES MILLER, CREDIT SUISSE SECURITIES (USA) LLC, BOFA SECURITIES, INC., UBS SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., STIFEL, NICOLAUS & COMPANY, COWEN AND COMPANY, LLC, and RAYMOND JAMES & ASSOCIATES, INC., <br><br> Defendants. | CASE NO. 5:19-cv-07737-EJD <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR UNDERWRITER DEFENDANTS TO RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT** <br><br> Judge:      Hon. Edward J. Davila |

CASE NO. 5:19-CV-07737-EJD

STIPULATION & [PROPOSED] ORDER
EXTENDING TIME FOR UNDERWRITER
DEFS. TO RESPOND TO SAC

Pursuant to Civil Local Rule 6-1(b), Lead Plaintiff Michael Sanders and named Plaintiffs Nubia Lorelle and Garth Wakeford ("Plaintiffs"), Defendants Credit Suisse Securities (USA) LLC, BofA Securities, Inc., UBS Securities LLC, KeyBanc Capital Markets Inc., Stifel, Nicolaus & Company, Cowen and Company, LLC, and Raymond James & Associates, Inc. (the "Underwriter Defendants"), and Defendants The RealReal, Inc., Julie Wainwright, Matt Gustke, Steve Lo, Chip Baird, Maha Ibrahim, Rob Krolik, Michael Kumin, Stefan Larsson, Niki Leondakis, and James Miller ("The RealReal and Individual Defendants" and, together with the Underwriter Defendants, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on March 31, 2021, the Court entered an Order Granting In Part and Denying In Part Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. No. 43);

WHEREAS, on April 9, 2021, the Court entered an Order extending the time for Defendants to file any answer or motion to dismiss with respect to any Second Amended Complaint filed by Plaintiffs to 45 days from the date of the Second Amended Complaint;

WHEREAS, Plaintiffs served and filed a Second Amended Complaint (Dkt. No. 46) on April 30, 2021;

WHEREAS, it is currently anticipated that the RealReal and Individual Defendants will move to dismiss the Second Amended Complaint;

WHEREAS, the parties have conferred and agree that, if the Underwriter Defendants do not file or join in a motion to dismiss the Second Amended Complaint, it is more efficient to postpone the Underwriter Defendants' time to answer the Second Amended Complaint until after the disposition of any motion to dismiss filed by the RealReal and Individual Defendants;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to the Court's approval:

1.      Should The RealReal and Individual Defendants file a motion to dismiss the Second Amended Complaint, and should the Underwriter Defendants not also file or join in a motion to dismiss, the Underwriter Defendants shall file their answer to the Second Amended

Complaint (1) within 14 days of any order disposing of the motion to dismiss filed by The RealReal and Individual Defendants or (2) within any time period set by the Court for the filing of an answer by The RealReal and Individual Defendants after such order disposing of the motion to dismiss, whichever is later.

2.    All other dates and deadlines set forth in the Court's April 9, 2021 Order shall remain in effect.

DATED:  May 25, 2021                              PAUL HASTINGS LLP


By: _____ /s/ Peter M. Stone _____
       PETER M. STONE
       peterstone@paulhastings.com
       KEVIN J. WHITE
       kevinwhite@paulhastings.com
       1117 S. California Avenue
       Palo Alto, California 94304
       Telephone:  1(650) 320-1800
       Facsimile:  1(650) 320-1900

*Attorneys for the Underwriter Defendants*

DATED:  May 25, 2021                              KING & SPALDING LLP


By: _____ /s/ Lisa R. Bugni _____
       LISA R. BUGNI
       lbugni@kslaw.com
       50 California Street, Suite 3300
       San Francisco, California 94111
       Telephone:  1(415) 318-1234
       Facsimile:  1(415) 318-1300

*Attorneys for the RealReal, Inc. and Individual Defendants*

DATED:  May 25, 2021

THE ROSEN LAW FIRM P.A.

By: _____ */s/ Joshua Baker*_____
JOSHUA BAKER (*pro hac vice*)
jbaker@rosenlegal.com
PHILIP KIM (*pro hac vice*)
pkim@rosenlegal.com
101 Greenwood Avenue, Suite 440
Jenkintown, Pennsylvania 19046
Telephone:  1(215) 600-2817
Facsimile:  1(212) 202-3827

Laurence M. Rosen
lrosen@rosenlegal.com
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:  1(213) 785-2610
Facsimile:  1(213) 226-4684

*Lead Counsel for Plaintiffs*

\*       \*       \*

PURSUANT TO THE STIPULATION, IT IS ORDERED:

DATED: _____May 25_____, 2021

_____
HON. EDWARD J. DAVILA
United States District Judge

## LOCAL CIVIL RULE 5-1(i)(3) ATTESTATION

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on behalf of whom this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  May 25, 2021                    PAUL HASTINGS LLP


By: _____ */s/ Peter M. Stone* _____
PETER M. STONE
peterstone@paulhastings.com

*Attorneys for the Underwriter Defendants*