Lisa R. Bugni (SBN 323962)
lbugni@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: +1 415 318 1234
Facsimile: +1 415 318 1300

*Attorneys for The RealReal, Inc. and Individual Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL SANDERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE REALREAL, INC., et al.,<br><br>Defendants. | Case No.  5:19-cv-07737-EJD-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE**<br>*AS MODIFIED*<br><br>Assigned to: Honorable Edward J. Davila |

1    Lead Plaintiff Michael Sanders and named Plaintiffs Nubia Lorelle and Garth Wakeford
2    ("Plaintiffs") and Defendants The RealReal, Inc., Julie Wainwright, Matt Gustke, Steve Lo, Chip
3    Baird, Maha Ibrahim, Rob Krolik, Michael Kumin, Stefan Larsson, Niki Leondakis, and James
4    Miller ("The RealReal and Individual Defendants") as well as Credit Suisse Securities (USA) LLC,
5    B of A Securities, Inc., UBS Securities LLC, KeyBanc Capital Markets Inc., Stifel, Nicolaus &
6    Company, Cowen and Company, LLC, and Raymond James & Associates, Inc. (the "Underwriter
7    Defendants" and, together with The RealReal and Individual Defendants, "Defendants"), hereby
8    stipulate and agree as follows:
9    WHEREAS, on April 9, 2021, the Court entered an Order Regarding Schedule for Lead
10   Plaintiff's Second Amended Complaint and Defendants' Response (Dkt. No. 45) (the "Order");
11   WHEREAS, on April 30, 2021, Lead Plaintiff filed a Second Amended Complaint (Dkt. No.
12   46);
13   WHEREAS, The RealReal and Individual Defendants intend to file a motion to dismiss the
14   Second Amended Complaint;
15   WHEREAS, pursuant to the Order, the briefing schedule on the motion to dismiss the Second
16   Amended Complaint is as follows: (a) motion to dismiss due within 45 days of the Second Amended
17   Complaint, or by June 14, 2021, (b) opposition due within 45 days of the motion, or by July 29,
18   2021, (c) reply due within 35 days of the opposition, or by September 2, 2021;
19   WHEREAS, on May 26, 2021, an Initial Case Management Conference was set for July 29,
20   2021 at 10:00 a.m. (Dkt. No. 49);
21   WHEREAS, this case is governed by the Private Securities Litigation Reform Act
22   ("PSLRA"), 15 U.S.C. § 78u-4, which provides that "[i]n any private action arising under this
23   chapter, all discovery and other proceedings shall be stayed during the pendency of any motion to
24   dismiss, unless the court finds upon the motion of any party that particularized discovery is
25   necessary to preserve evidence or to prevent undue prejudice to that party" (*id.* at § 78u-4(b)(3)(B));
26   WHEREAS, the PSLRA stay will be in place at the time of the currently scheduled Initial
27   Case Management Conference; and
28

1      WHEREAS, subject to the Court's approval, the parties agree to postpone the Initial Case Management Conference until after the Court rules on the forthcoming motion to dismiss the Second Amended Complaint;

       IT IS THEREFORE STIPULATED AND AGREED that, subject to the Court's approval:

       1.      The Initial Case Management Conference set for July 29, 2021, is hereby vacated and will be reset for ~~a date after the Court has ruled on The RealReal and Individual Defendants' forthcoming motion to dismiss the Second Amended Complaint~~. Nov. 18, 2021 at 10 a.m. The parties' joint statement is due Nov. 8, 2021.

Dated:  June 1, 2021                KING & SPALDING LLP

                                    By: /s/ *Lisa R. Bugni*

                                        Lisa R. Bugni
                                        lbugni@kslaw.com
                                        50 California Street, Suite 3300
                                        San Francisco, CA 94111
                                        Telephone: + 1 415 318 1234
                                        Facsimile: + 1 415 318 1300

                                    *Attorneys for The RealReal, Inc. and Individual Defendants*

Dated: June 1, 2021                 PAUL HASTINGS LLP

                                    By: /s/ *Peter M. Stone*

                                        Peter M. Stone
                                        peterstone@paulhastings.com
                                        1117 S. California Avenue
                                        Palo Alto, CA 94304
                                        Telephone: + 1 650 320 1800
                                        Facsimile: + 1 650 320 1900

                                    *Attorneys for Underwriter Defendants*

Dated: June 1, 2021                 THE ROSEN LAW FIRM, P.A.

                                    By: /s/ *Joshua Baker*

                                        Laurence M. Rosen
                                        lrosen@rosenlegal.com
                                        355 South Grand Avenue, Suite 2450

Los Angeles, CA 90071
Telephone: + 1 213 785 2610
Facsimile: + 1 213 226 4684

Phillip Kim (*pro hac vice*)
pkim@rosenlegal.com
Joshua Baker (*pro hac vice*)
jbaker@rosenlegal.com
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: +1 215 600 2817
Facsimile: +1 212 202 3827

*Lead Counsel for Plaintiffs*

\*   \*   \*

PURSUANT TO THE STIPULATION, IT IS ORDERED:

Dated: _____June 1\_\_\_, 2021

_____
EDWARD J. DAVILA
United States District Judge

**ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 1, 2021                     */s/ Lisa R Bugni*
                                                         Lisa R. Bugni

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June 2021, a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE was served CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: June 1, 2021                     */s/ Lisa R Bugni*
                                                         Lisa R. Bugni