Lisa R. Bugni (SBN 323962)
lbugni@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: +1 415 318 1234
Facsimile: +1 415 318 1300

*Attorneys for Defendants The RealReal, Inc.
and Individual Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL SANDERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE REALREAL, INC., et al.,<br><br>Defendants. | Case No.  5:19-cv-07737-EJD-VKD<br><br>**DECLARATION OF LISA R. BUGNI IN SUPPORT OF MOTION TO DISMISS COUNTS III AND IV OF THE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Assigned to: Honorable Edward J. Davila<br><br>Date: September 23, 2021<br>Time:  9:00 a.m.<br>Courtroom 4, 5th Floor |

DECLARATION OF LISA R. BUGNI ISO MTD SECOND AMENDED CLASS ACTION COMPLAINT;
CASE NO. 5:19-CV-07737-EJD-VKD

## DECLARATION OF LISA R. BUGNI

I, Lisa R. Bugni, declare as follows:

1.    I am an attorney at law licensed to practice in the State of California and a partner at the law firm of King & Spalding LLP, which represents Defendants The RealReal, Inc., Julie Wainwright, Matt Gustke, Steve Lo, Maha Ibrahim, Michael A. Kumin, Gilbert L. Baird III, Rob Krolik, Stefan Larsson, Niki Leondakis, and James Miller (collectively, "TRR Defendants") in this matter. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would competently testify thereto. This declaration is submitted in support of TRR Defendants' Motion to Dismiss Counts III and IV of the Second Amended Class Action Complaint and the related Request for Judicial Notice.

2.    Attached as Exhibit A to this declaration is a true and correct copy of Respondent The RealReal, Inc.'s Response in Opposition to Claimant Elizabeth Taska's Petition to Vacate Arbitration Award, which was filed in *Taska v. The RealReal, Inc.*, Case No. CPF20517255, Superior Court of the State of California, County of San Francisco.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of June, 2021, in Tiburon, California.

By: *Lisa R. Bugni*
Lisa R. Bugni

1