THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071-9500
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL SANDERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE REALREAL, INC., et al.,<br><br>Defendants. | Case No. 5:19-cv-07737-EJD-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING MOTION DEADLINES**<br><br>Assigned to: Honorable Edward J. Davila |

Lead Plaintiff Michael Sanders and named Plaintiffs Nubia Lorelle and Garth Wakeford ("Plaintiffs") and Defendants The RealReal, Inc., Julie Wainwright, Matt Gustke, Steve Lo, Chip Baird, Maha Ibrahim, Rob Krolik, Michael Kumin, Stefan Larsson, Niki Leondakis, and James Miller ("The RealReal and Individual Defendants") as well as Credit Suisse Securities (USA) LLC, B of A Securities, Inc., UBS Securities LLC, KeyBanc Capital Markets Inc., Stifel, Nicolaus & Company, Cowen and Company, LLC, and Raymond James & Associates, Inc. ("Underwriter Defendants" and, together with The RealReal and Individual Defendants, "Defendants"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 9, 2021, the Court entered an Order Regarding Schedule for Lead Plaintiff's Second Amended Complaint and Defendants' Response (Dkt. No. 45) ("Scheduling Order");

WHEREAS, on April 30, 2021, Lead Plaintiff timely filed a Second Amended Complaint (Dkt. No. 46);

WHEREAS, on June 14, 2021, The RealReal and Individual Defendants filed a motion to dismiss Counts III and IV of the Second Amended Complaint (Dkt. No. 52) ("Motion"), set for a hearing before this Court on September 23, 2021 ("Hearing");

WHEREAS, pursuant to the Scheduling Order, Plaintiffs' opposition to the Motion is due by July 29, 2021, with any reply from The RealReal and Individual Defendants due by September 2, 2021;

WHEREAS, the parties participated in a private mediation before the Hon. Layn Phillips (Ret.) on June 28, 2021 ("Mediation");

WHEREAS, the parties were unable to resolve this matter at the Mediation, but after weeks of continued settlement discussions under Judge Phillips' guidance, the parties accepted a mediator's proposal and reached an agreement in principle to resolve this Action on July 27, 2021, subject to certain matters including formalizing the final terms of settlement;

THEREFORE, IT IS STIPULATED AND AGREED that, subject to the Court's approval:

1. The deadlines for Plaintiffs to oppose the Motion, and for The RealReal and Individual Defendants to reply, and the Hearing, are stayed.

2. Plaintiffs will file a motion for preliminary approval of the settlement within 60 days of the Court entering its approval of this stipulation.

| | |
|---|---|
| Dated: July 28, 2021 | THE ROSEN LAW FIRM, P.A. |
| | By: /s/ *Laurence M. Rosen* |
| | Laurence M. Rosen<br>lrosen@rosenlegal.com<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: + 1 213 785 2610<br>Facsimile: + 1 213 226 4684 |
| | Phillip Kim (*pro hac vice*)<br>pkim@rosenlegal.com<br>Joshua Baker (*pro hac vice*)<br>jbaker@rosenlegal.com<br>101 Greenwood Avenue, Suite 440<br>Jenkintown, PA 19046<br>Telephone: +1 215 600 2817<br>Facsimile: +1 212 202 3827 |
| | *Lead Counsel for Plaintiffs* |
| Dated: July 28, 2021 | KING & SPALDING LLP |
| | By: /s/ *Lisa R. Bugni* |
| | Lisa R. Bugni<br>lbugni@kslaw.com<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Telephone: + 1 415 318 1234<br>Facsimile: + 1 415 318 1300 |
| | *Attorneys for The RealReal, Inc. and Individual Defendants* |
| Dated: July 28, 2021 | PAUL HASTINGS LLP |
| | By: /s/ *Peter M. Stone* |
| | Peter M. Stone<br>peterstone@paulhastings.com<br>1117 S. California Avenue<br>Palo Alto, CA 94304 |

Telephone: + 1 650 320 1800
Facsimile: + 1 650 320 1900

*Attorneys for Underwriter Defendants*

\*   \*   \*

PURSUANT TO THE STIPULATION, IT IS ORDERED:

Dated: _____, 2021

_____
EDWARD J. DAVILA
United States District Judge

## ATTESTATION

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 28, 2021     */s/ Laurence M. Rosen*
Laurence M. Rosen

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July 2021, a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER STAYING MOTION DEADLINES was served CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: July 28, 2021     */s/ Laurence M. Rosen*
Laurence M. Rosen