1  THE ROSEN LAW FIRM, P.A.
   Laurence M. Rosen (SBN 219683)
2  355 South Grand Avenue, Suite 2450
   Los Angeles, CA 90071-9500
3  Telephone: (213) 785-2610
   Facsimile: (213) 226-4684
4  Email: lrosen@rosenlegal.com

5  *Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL SANDERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE REALREAL, INC., et al.,<br><br>Defendants. | Case No.  5:19-cv-07737-EJD-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PRELIMINARY APPROVAL MOTION**<br><br>Assigned to: Honorable Edward J. Davila |

Lead Plaintiff Michael Sanders and named Plaintiffs Nubia Lorelle and Garth Wakeford ("Plaintiffs") and Defendants The RealReal, Inc., Julie Wainwright, Matt Gustke, Steve Lo, Chip Baird, Maha Ibrahim, Rob Krolik, Michael Kumin, Stefan Larsson, Niki Leondakis, and James Miller ("The RealReal and Individual Defendants") as well as Credit Suisse Securities (USA) LLC, B of A Securities, Inc., UBS Securities LLC, KeyBanc Capital Markets Inc., Stifel, Nicolaus & Company, Cowen and Company, LLC, and Raymond James & Associates, Inc. ("Underwriter Defendants" and, together with The RealReal and Individual Defendants, "Defendants"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 9, 2021, the Court entered an Order Regarding Schedule for Lead Plaintiff's Second Amended Complaint and Defendants' Response (Dkt. No. 45) ("Scheduling Order");

WHEREAS, on April 30, 2021, Lead Plaintiff timely filed a Second Amended Complaint (Dkt. No. 46);

WHEREAS, on June 14, 2021, The RealReal and Individual Defendants filed a motion to dismiss Counts III and IV of the Second Amended Complaint (Dkt. No. 52) ("Motion"), which was set for a hearing before this Court on September 23, 2021 ("Hearing");

WHEREAS, pursuant to the Scheduling Order, Plaintiffs' opposition to the Motion was due by July 29, 2021, with any reply from The RealReal and Individual Defendants due by September 2, 2021;

WHEREAS, the parties participated in a private mediation before the Hon. Layn Phillips (Ret.) on June 28, 2021 ("Mediation"), ultimately resulting in an agreement in principle entered into by the parties on July 27, 2021, subject to certain matters including formalizing the final terms of settlement;

WHEREAS, on July 28, 2021, the parties filed a joint stipulation (Dkt. No. 55) to stay the outstanding Motion deadlines and for Plaintiffs to file a motion for preliminary approval of the settlement within 60 days of the Court entering its approval of the stipulation;

WHEREAS, on July 28, 2021, the Court entered an order endorsing the stipulation (Dkt. No. 56), meaning that Plaintiff's motion for preliminary approval is due September 27, 2021;

1      WHEREAS, the parties require additional time to finalize the formal settlement papers, forms of proposed class notice, and preliminary approval motion, and no other case deadlines would be affected by granting the parties additional time to do so;

THEREFORE, IT IS STIPULATED AND AGREED that, subject to the Court's approval:

1.  The deadline for Plaintiffs to file a motion for preliminary approval of the settlement is extended six weeks from September 27, 2021 to November 8, 2021.

Dated:  September 22, 2021                     THE ROSEN LAW FIRM, P.A.

By: /s/ *Laurence M. Rosen*

Laurence M. Rosen
lrosen@rosenlegal.com
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: + 1 213 785 2610
Facsimile: + 1 213 226 4684

Phillip Kim (*pro hac vice*)
pkim@rosenlegal.com
Joshua Baker (*pro hac vice*)
jbaker@rosenlegal.com
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: +1 215 600 2817
Facsimile: +1 212 202 3827

*Lead Counsel for Plaintiffs*

Dated: September 22, 2021                     KING & SPALDING LLP

By: /s/ *Lisa R. Bugni*

Lisa R. Bugni
lbugni@kslaw.com
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: + 1 415 318 1234
Facsimile: + 1 415 318 1300

*Attorneys for The RealReal, Inc. and Individual Defendants*

Dated: September 22, 2021                                      PAUL HASTINGS LLP

                                                               By: /s/ *Peter M. Stone*

                                                               Peter M. Stone
                                                               peterstone@paulhastings.com
                                                               1117 S. California Avenue
                                                               Palo Alto, CA 94304
                                                               Telephone: + 1 650 320 1800
                                                               Facsimile: + 1 650 320 1900

                                                               *Attorneys for Underwriter Defendants*

                              *     *     *

PURSUANT TO THE STIPULATION, IT IS ORDERED:

Dated: _____September 23_____, 2021

                                                               _____
                                                               EDWARD J. DAVILA
                                                               United States District Judge

---

3
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PRELIMINARY
APPROVAL MOTION; Case No. 5:19-cv-07737-EJD-VKD

**ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 22, 2021                                  */s/ Laurence M. Rosen*
                                                                            Laurence M. Rosen

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2021, a true and correct copy of the foregoing STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE PRELIMINARY APPROVAL MOTION was served CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: September 22, 2021                                  */s/ Laurence M. Rosen*
                                                                            Laurence M. Rosen