THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071-9500
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL SANDERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE REALREAL, INC., et al.,<br><br>Defendants. | Case No. 5:19-cv-07737-EJD-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE**<br><br>Assigned to: Honorable Edward J. Davila |

Lead Plaintiff Michael Sanders and named Plaintiffs Nubia Lorelle and Garth Wakeford ("Plaintiffs") and Defendants The RealReal, Inc., Julie Wainwright, Matt Gustke, Steve Lo, Chip Baird, Maha Ibrahim, Rob Krolik, Michael Kumin, Stefan Larsson, Niki Leondakis, and James Miller ("The RealReal and Individual Defendants") as well as Credit Suisse Securities (USA) LLC, B of A Securities, Inc., UBS Securities LLC, KeyBanc Capital Markets Inc., Stifel, Nicolaus & Company, Cowen and Company, LLC, and Raymond James & Associates, Inc. ("Underwriter Defendants" and, together with The RealReal and Individual Defendants, "Defendants"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 30, 2021, Plaintiffs filed a Second Amended Complaint (Dkt. No. 46);

WHEREAS, on June 14, 2021, The RealReal and Individual Defendants filed a motion to dismiss Counts III and IV of the Second Amended Complaint (Dkt. No. 52) ("Motion"), which was set for a hearing before this Court on September 23, 2021 ("Hearing");

WHEREAS, on May 26, 2021, an Initial Case Management Conference was set for July 29, 2021 at 10:00 a.m. (Dkt. No. 49);

WHEREAS, on June 1, 2021, in light of the pending Motion, the Court entered an Order postponing the Case Management Conference to November 18, 2021 at 10:00 a.m. (Dkt. No. 51);

WHEREAS, on July 28, 2021, the parties informed the Court that they had reached a settlement in principle to resolve this Action (Dkt. No. 55), and the Court entered an order staying the Motion and the Hearing (Dkt. No. 56);

WHEREAS, on November 5, 2021, Plaintiffs filed an unopposed motion for preliminary approval of the proposed Settlement (Dkt. No. 60);

WHEREAS, this case is governed by the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4, which provides that "[i]n any private action arising under this chapter, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party" (*id.* at § 78u-4(b)(3)(B));

WHEREAS, the PSLRA stay will remain in place if the Court does not approve the proposed Settlement and the Motion is reinstated; and

1

WHEREAS, the parties believe that, in light of the pending unopposed motion for preliminary approval of the proposed Settlement, vacating the Case Management Conference would best serve the interests of judicial efficiency;

THEREFORE, IT IS STIPULATED AND AGREED that, subject to the Court's approval:

1. The Case Management Conference set for November 18, 2021, is hereby vacated.

| | |
|---|---|
| Dated: November 8, 2021 | THE ROSEN LAW FIRM, P.A. |
| | By: /s/ *Laurence M. Rosen* |
| | Laurence M. Rosen<br>lrosen@rosenlegal.com<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: + 1 213 785 2610<br>Facsimile: + 1 213 226 4684 |
| | Phillip Kim (*pro hac vice*)<br>pkim@rosenlegal.com<br>Joshua Baker (*pro hac vice*)<br>jbaker@rosenlegal.com<br>101 Greenwood Avenue, Suite 440<br>Jenkintown, PA 19046<br>Telephone: +1 215 600 2817<br>Facsimile: +1 212 202 3827 |
| | *Lead Counsel for Plaintiffs* |
| Dated: November 8, 2021 | KING & SPALDING LLP |
| | By: /s/ *Lisa R. Bugni* |
| | Lisa R. Bugni<br>lbugni@kslaw.com<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Telephone: + 1 415 318 1234<br>Facsimile: + 1 415 318 1300 |
| | *Attorneys for The RealReal, Inc. and Individual Defendants* |
| Dated: November 8, 2021 | PAUL HASTINGS LLP |
| | By: /s/ *Peter M. Stone* |

Peter M. Stone
peterstone@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: + 1 650 320 1800
Facsimile: + 1 650 320 1900

*Attorneys for Underwriter Defendants*

\* \* \*

PURSUANT TO THE STIPULATION, IT IS ORDERED:

Dated: _____, 2021

_____
EDWARD J. DAVILA
United States District Judge

## ATTESTATION

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 8, 2021 */s/ Laurence M. Rosen*
Laurence M. Rosen

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November 2021, a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE was served CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: November 8, 2021 */s/ Laurence M. Rosen*
Laurence M. Rosen