# EXHIBIT 1

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANDERS, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE REALREAL, INC., *et al.*, <br><br> Defendants. | Case No: 5:19-cv-07737-EJD <br><br> CLASS ACTION <br><br> **DECLARATION OF LAYN R. PHILLIPS IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT** <br><br> Hearing Date: July 28, 2022 <br> Time: 9:00 a.m. <br> Location: Courtroom 4 – 5th Floor <br> Judge: Edward J. Davila |

I, Layn R. Phillips, declare as follows:

1.    I am filing this Declaration in my capacity as the mediator in the above-captioned action. As set forth herein, I submit this declaration in support of Plaintiffs' Motion for Final Approval of the Settlement. While the mediation process is confidential, the parties have authorized me to inform the Court of the procedural and substantive matters set forth herein in support of final approval of the Settlement.  I make this Declaration based on personal knowledge and am competent to so testify as to the matters set forth herein.

2.    I am a former United States Attorney and a former United States District Judge for the Western District of Oklahoma, where I served until 1991.  I have also sat for the United States Court of Appeals for the Tenth Circuit in Denver, Colorado by designation on several occasions. From 1991 until 2014, I was a partner in the law firm of Irell & Manella LLP, where I practiced complex civil litigation, internal investigations and presided over alternative dispute resolution matters.  I am the founder and currently serve as a mediator and arbitrator with my own alternative resolution company, Phillips ADR Enterprises, P.C. ("PADRE"), formed in November 2014.

3.    I have over 25 years of dispute resolution experience, having conducted thousands of mediations and settlement conferences in all types of litigation, including complex class actions, securities class actions, and shareholder derivative actions.  I also have been appointed a Special Master by various federal courts in complex civil proceedings.  I also am a Fellow in the American College of Trial Lawyers. In addition, I have been nationally recognized as a mediator by the Center for Public Resources Institute for Dispute Resolution (CPR), serving on CPR's National Panel of Distinguished Neutrals.

4.    Because of my experience, I am frequently asked by litigants and their attorneys in complex civil cases to serve as a mediator, particularly in complex shareholder and securities

DECLARATION OF LAYN R. PHILLIPS IN SUPPORT OF MOTION FOR
FINAL APPROVAL OF SETTLEMENT; 5:19-cv-07737-EJD

litigation.  In recent years, I have successfully mediated dozens of securities class actions pending in various courts across the United States.

5.      The parties' negotiations, here, were conducted in confidence and under my supervision.  All of the Parties, entities and individuals who participated at the mediation session and in the negotiations executed a Confidentiality Agreement indicating that the mediation process was to be considered settlement negotiations for the purpose of Rule 408 of the Federal Rules of Evidence protecting disclosures made during such process from later discovery, dissemination, publication and/or use in evidence. The Parties further agreed that the Confidentiality Agreement extends to all statements made during the course of the mediation or any materials generated for the purpose of the mediation.  Nothing in my Declaration divulges any privileged information. The submission of this Declaration does not constitute the waiver of any such confidentiality or mediation privilege.

6.      The Parties participated in a full-day mediation session before me via Zoom videoconference on June 28, 2021. Prior to the mediation session, the parties exchanged and provided me with extensive mediation submissions, including detailed opening and reply briefs addressing liability, damages and risk exposures supported by legal and factual analysis.  The parties also submitted the relevant case filings and other exhibits in support of their respective positions. Prior to the mediation, I communicated separately with each side to discuss the Parties' respective views of the challenges to reaching a settlement.  I raised pointed questions to counsel to probe the strengths and weaknesses of their respective claims and defenses, and to facilitate focused dialogue during the mediation.

7.      Although significant progress was made at the June 28, 2021 mediation session, a settlement was not reached.  Nevertheless, settlement discussions between the Parties continued with my and my staff's assistance through telephonic and written correspondence.  On July 12, 2021, I

DECLARATION OF LAYN R. PHILLIPS IN SUPPORT OF MOTION FOR
FINAL APPROVAL OF SETTLEMENT; 5:19-cv-07737-EJD

made a "double-blind" Mediator's Recommendation to the Parties to settle the litigation, whereby each party's response would remain confidential unless both sides agreed to the Mediator's Recommendation. On July 13, 2021, I informed the Parties that both sides had accepted the Mediator's Recommendation.

8.     At all times, the discussions and negotiations were conducted in a diligent and conscientious manner. Counsel for all parties demonstrated their deep understanding of the factual and legal issues in this Action, the relative strengths and weaknesses of their positions, and the significant risks of continued litigation. The negotiations were at arms'-length, conducted in good faith, and each Parties' interests were skillfully represented. The mediation of this Action was hard fought on both sides. Counsel for the Parties were often in positions extremely antithetical to each other. While they were courteous and professional, at no time during the mediation process did any of the Parties' counsel relent in their advocacy for their clients' benefit and in their efforts to achieve the best possible resolution of this Action.

9.     Based on my experience as a mediator, my knowledge of the issues in dispute, my review of the materials presented before and at the mediation session, the rigor of the negotiations, and the benefits achieved in the Settlement, I believe that the terms of the Settlement are fair, adequate, reasonable and in the best interests of the Class. Therefore, I respectfully endorse final approval of the Settlement by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 23rd day of June, 2022, in Newport Beach, California.

LAYN R. PHILLIPS
Former U.S. District Judge

3
DECLARATION OF LAYN R. PHILLIPS IN SUPPORT OF MOTION FOR
FINAL APPROVAL OF SETTLEMENT; 5:19-cv-07737-EJD