**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL SANDERS, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE REALREAL, INC., *et al.*,<br><br>        Defendants. | Case No: 5:19-cv-07737-EJD<br><br>CLASS ACTION<br><br>**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF UNOPPOSED MOTIONS FOR FINAL APPROVAL OF SETTLEMENT, AWARD OF ATTORNEYS' FEES, AND RELATED RELIEF**<br><br>Hearing Date: July 28, 2022<br>Time: 9:00 a.m.<br>Location: Courtroom 4 – 5th Floor<br>Judge: Edward J. Davila |

Lead Plaintiff Michael Sanders and named Plaintiffs Nubia Lorelle and Garth Wakeford ("Plaintiffs") submit this reply memorandum in further support of their unopposed motions for (1) final approval of the proposed Settlement and Plan of Allocation, and final certification of the proposed Settlement Class; and (2) an award of attorneys' fees of 22% of the Settlement Amount, or $2,420,000, and reimbursement of $59,828.16 in litigation expenses incurred.[1] Dkt. Nos. 69 and 70 ("Motions").

## I.    STATEMENT OF FACTS

The Court-appointed Claims Administrator, Strategic Claims Services ("SCS"), mailed over 31,000 copies of the Long Notice to potential Settlement Class Members. Bravata Suppl. Decl. ¶3. A nominee also informed the Claims Administrator that they had emailed nearly 9,000 customers to notify them of the Settlement, including links to the Notice and Claim Form on the settlement website. *Id*. In total, nearly 40,000 potential Settlement Class Members received notice via mail or email. *Id.*

SCS also published the Summary Notice electronically over *Globe Newswire* and in print in *Investor's Business Daily*. Dkt. No. 71-2 ("Bravata Decl.") ¶11. On March 29, 2022, SCS established a website dedicated to the Settlement which included the online claim filing link and important documents including the Long Notice, Claim Form, Preliminary Approval Order, and Stipulation. Bravata Suppl. Decl. ¶5. SCS has also maintained a toll-free telephone number for potential Settlement Class Members. *Id.* ¶4.

The June 28, 2022 claims filing deadline and the July 7, 2022 deadline for objections and requests for exclusion have each passed. To date, potential Settlement Class Members have

---

[1] Unless otherwise defined herein, capitalized terms take the same meaning provided in the Stipulation of Settlement and exhibits thereto, dated November 5, 2021 (Dkt. No. 61-1) ("Stipulation"). Internal citations and quotations are omitted and emphasis is added unless otherwise noted. Citations to "Bravata Suppl. Decl." are to the Supplemental Declaration of Josephine Bravata, attached as Exhibit 1 hereto.

REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES; Case No. 5:19-cv-07737-EJD

1

submitted over 7,000 claims. Bravata Suppl. Decl. ¶8. To date, there have been no objections to the Settlement. *Id.* ¶7. SCS has received only one additional request for exclusion since Plaintiffs filed their Motions, bringing the total to two. *Id.* ¶6. An updated version of the Proposed Order and Final Judgment (Dkt. No. 69-1), adding this second opt-out to Schedule A thereto (listing excluded persons), is attached hereto.

## II.    ARGUMENT

### A.    The Reaction of the Settlement Class Supports Final Approval

The absence of any objections to the Settlement or Plan of Allocation supports their approval. *In re Rambus Inc. Derivative Litig.*, No. C 06-3513 JF (HRL), 2009 WL 166689, at *3 (N.D. Cal. Jan. 20, 2009) (granting final approval of settlement, awarding attorneys' fees, and finding that the "the absence of a large number of objections to a proposed class settlement raises a strong presumption that the terms of a proposed class settlement action are favorable to the class members"); *In re Omnivision Techs., Inc.*, 559 F. Supp. 2d 1036, 1043 (N.D. Cal. 2008) (same); *Nat'l Rural Telecommunications Cooperative v. DIRECTV, Inc.*, 221 F.R.D. 523, 529 (C.D. Cal. 2004) (granting final approval of settlement, finding "[t]he absence of a single objection to the Proposed Settlement provides further support for final approval of the Proposed Settlement.").

Likewise, the minimal number of requests for exclusion from the Settlement further demonstrates the Settlement Class's positive reaction to the Settlement and supports final approval. SCS received only two requests for exclusion from small individual shareholders. The small number of exclusion requests supports the Settlement's approval. *See Churchill Vill., L.L.C. v. Gen. Elec.*, 361 F.3d 566, 577 (9th Cir. 2004) (affirming settlement with 0.56% of eligible class members requesting exclusion); *Chun-Hoon v. McKee Foods Corp.*, 716 F. Supp. 2d 848, 852 (N.D. Cal. 2010) ("overwhelming positive reaction of the class members" including 16 exclusion request representing 4.86% of class supports settlements' approval.); *Destefano v. Zynga, Inc.*, No. 12-CV-04007-JSC, 2016 WL 537946, at *14 (N.D. Cal. Feb. 11, 2016) (16 valid exclusion requests representing 0.176% of public shares, supported settlement approval).

At Lead Counsel's direction, SCS carried out a thorough notice program in accordance with the Court's Preliminary Approval Order, directly notifying nearly 40,000 potential Settlement Class

REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES; Case No. 5:19-cv-07737-EJD

2

Members of the pending Settlement. Not a single investor objected to the Settlement, and only a minimal number requested exclusion from it. "[T]he fact that the overwhelming majority of the class willingly approved the offer and stayed in the class presents at least some objective positive commentary as to its fairness." *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1027 (9th Cir. 1998). The lack of objections and minimal number of requests for exclusion further supports final approval.

> **B.    The Reaction of the Settlement Class Also Supports Approval of the Requests for an Award of Attorneys' Fees and Reimbursement of Expenses**

A lack of objections to fee and expense requests supports the approval of the requested award. *See, e.g., In re Immune Response Sec. Litig.*, 497 F. Supp. 2d 1166, 1177 (S.D. Cal. 2007) ("The lack of objection from any Class Member supports the attorneys' fees award"). Here, not a single Settlement Class Member has objected to Lead Counsel's requests for an award of attorneys' fees of 22% of the Settlement Amount and reimbursement of $59,828.16 in litigation expenses incurred, which are less than the maximum figures (up to 25% and up to $75,000) presented to potential Settlement Class Members in the Notice. Bravata Decl., Ex. A at 1. The small number of requests for exclusion further demonstrates the positive reaction of the Settlement Class, which supports the requested fee and expense amounts. *See Chun-Hoon*, 716 F. Supp. 2d at 852. Accordingly, the Settlement Class's overwhelmingly positive reaction strongly supports the fairness and reasonableness of these requests.

## III.    CONCLUSION

For the foregoing reasons, and those set forth in Plaintiffs' opening memoranda, the Court should grant Plaintiffs' unopposed motions for final approval of the proposed Settlement and for an award of attorneys' fees and reimbursement of expenses.

Dated: July 14, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A**.

By: */s/ Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610

REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES; Case No. 5:19-cv-07737-EJD

Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
          jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs*

REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES; Case No. 5:19-cv-07737-EJD

4

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 S. Grand Avenue, Suite 2450 Los Angeles, CA 90071. I am over the age of eighteen.

On July 14, 2022, I electronically filed the foregoing REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF UNOPPOSED MOTIONS FOR FINAL APPROVAL OF SETTLEMENT, AWARD OF ATTORNEYS' FEES, AND RELATED RELIEF with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 14, 2022.

/s/ Laurence M. Rosen

REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES; Case No. 5:19-cv-07737-EJD

5