# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MICHAEL SANDERS, Individually and on behalf of all others similarly situated,

    Plaintiff,

    v.

THE REALREAL, INC., *et al.*,

    Defendants.

Case No: 5:19-cv-07737-EJD

CLASS ACTION

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE NOTICE AND CLAIM FORM; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.    I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred (500) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE NOTICE AND CLAIM FORM**

2.    Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated March 24, 2022 (the "Preliminary Approval Order", Dkt. No. 67), SCS was appointed and approved as Claims Administrator in connection with the Settlement of the above-captioned action.[1] I submit this supplemental declaration in order to provide the Court and the

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated November 5, 2021 (the "Stipulation", Dkt. No. 61-1).

Parties with updated information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.    As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated June 23, 2022 (the "Bravata Declaration, Dkt. No. 71-2), SCS mailed or e-mailed 1,849 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 31,087 Notice and Claim Forms to potential Settlement Class Members or nominees.  SCS was notified that a nominee emailed 8,580 of their clients a direct link to the Notice and Claim Form on the settlement webpage. Since the Bravata Declaration was filed, no additional Notice and Claim Forms were mailed by SCS, and SCS has not been notified by any nominee of additional emails being sent with the direct link to the Notice and Claim Form.  To date, a total of 39,667 potential Settlement Class Members were notified either by mailed Notice and Claim or emailed a direct link to the Notice and Claim Form.

<b><u>UPDATE ON TOLL-FREE PHONE LINE</u></b>

4.    The Bravata Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement. SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

<b><u>UPDATE ON SETTLEMENT WEBPAGE</u></b>

5.    As noted in the Bravata Declaration, on March 29, 2022, SCS established a webpage on its website at www.strategicclaims.net/TRR.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status of the case; the case deadlines; the online claim filing link; and important documents. SCS continues to maintain the webpage.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

6.     The Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than July 7, 2022. To date, SCS has received two exclusion requests. A copy of one request for exclusion was attached as Exhibit D to the Bravata Declaration.  The second exclusion request is attached hereto as **Exhibit A**.

7.     According to the Notice, Settlement Class Members seeking to object to any part of the Settlement, or Lead Counsel's motion for attorneys' fees and expenses and application for a Compensatory Award to Plaintiffs were required to be submitted to the Court, no later than July 7, 2022.  As of the date of this Declaration, SCS has neither received any objections nor been notified that an objection was filed with the Court.

## CLAIM FORM FILING STATUS

8.     As of the date of this Declaration, SCS has received 7,082 claims. The Preliminary Approval Order required that claims be postmarked or submitted online no later than June 28, 2022. Below is a preliminary estimate of the total recognized losses to date. The numbers below do not include any adjustments as a result of SCS's quality assurance process, which includes the results of the cure/rejection process:

| Type of Claims | Number of Claims | 10B-5 Recognized Losses | IPO - Recognized Losses |
|---|---|---|---|
| Valid | 2,332 | $34,911,123 | $37,735,063 |
| Deficient Claims with limited proof | 105 | $288,670 | $668,921 |
| Rejected (no losses/gains) | 4,645 | n/a | n/a |
| | 7,082 | $35,199,793 | $38,403,984 |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14th day of July 2022, in Media, Pennsylvania.

Josephine Bravata

Josephine Bravata

4

**EXHIBIT A**

# DAVID SEAMUS KASKELA
ATTORNEY AT LAW

KASKELA LAW LLC



July 7, 2022

***Via Hand Delivery***
The RealReal, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

>    **Re:**    ***Exclusion from Settlement Class***
>    ***Sanders v. The RealReal, Inc., et al.*, Case No. 5:19-cv-07737- EJD (N.D. Cal.)**

To whom it may concern:

Enclosed please find a notice of exclusion request from class member Rita Azrelyant.

Please note that while the enclosed was also sent to Strategic Claims Services *via* U.S. Mail, to ensure that it is received prior to the applicable deadline, we are also delivering a copy of the request *via* hand delivery.

Please do not hesitate to contact me at                                    or by email at                          if Ms. Azrelyant's request for exclusion is deficient in any way, so that we may promptly address any such matter.

>    Very truly yours,
>
>    **KASKELA LAW LLC**
>
>
>    D. Seamus Kaskela

Encl.

DocuSign Envelope ID: 61BD44FC-4FED-4543-A342-0D395A2F0A69

*__Via USPS Priority Mail Express__*
The RealReal, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

> ***Re:*** **_Exclusion from Settlement Class_**
> **_Sanders v. The RealReal, Inc., et al._, Case No. 5:19-cv-07737- EJD (N.D. Cal.)**

To whom it may concern:

My name is Rita Azrelyant, and I request to be excluded from the Settlement Class in *Sanders v. The RealReal, Inc., et al.*, Case No. 5:19-cv-07737-EJD (N.D. Cal.).

My transaction in RealReal common stock between June 27, 2019 and November 20, 2019 (the "Settlement Class Period") is as follows:

| *Date* | *Purchase/Sale* | *Shares* | *Per Share Price* | *Total* |
|--------|-----------------|----------|-------------------|---------|
| 6/28/19 | Purchase | 100 | $29.50 | $2,950 |

Documentary proof of my transaction during the Settlement Class Period is enclosed.

I held zero (0) shares of RealReal common stock as of the opening of the Settlement Class Period, and I held one hundred (100) shares of RealReal common stock as of the closing of the Settlement Class Period.

I submit this request for exclusion under penalty of perjury.

I respectfully request that if this notice of exclusion is deficient in any way, or if you have any questions or concerns about this matter, that you kindly contact my attorney, D. Seamus Kaskela of Kaskela Law LLC, at                    or by email at                    , so that we may promptly address any such matter.

Very truly yours,

Rita Azrelyant

Dated: 7/5/2022

DocuSign Envelope ID: 61BD44FC-4FED-4543-A342-0D395A2F0A69



Individual Retirement Account of
**RITA AZRELYANT**



Account Number

**Trade Confirmation**

**BOUGHT**   THE REALREAL INC (Symbol: REAL)

Security No./CUSIP: 88339P-10-1                                                    Type: Cash    Trade: 06/28/19    Settle: 07/02/19

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 100 | 29.50 | 2,950.00 | Commission | 4.95 | 2,954.95 |

**For this security:**
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



*Cut on dotted line.*

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

### Signature Confirmation™ :

| | | |
|---|---|---|
| Trans. #: | 566912430 | Priority Mail® Postage: $8.95 |
| Print Date: | 07/05/2022 | Signature Confirmation: $2.90 |
| Ship Date: | 07/05/2022 | (Electronic Rate) |
| Expected Delivery Date: | 07/06/2022 | Total: $11.85 |

From:   SEAMUS KASKELA                Ref#: RealReal

To:   THE REALREAL, INC. SECURITIES LITIGATION
      STRATEGIC CLAIMS SERVICES
      STE 205
      600 N JACKSON ST
      MEDIA PA 19063-2564

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*