**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SANDERS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE REALREAL, INC., *et al.*,<br><br>Defendants. | Case No: 5:19-cv-07737-EJD<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES<br><br>CLASS ACTION<br><br>Hon. Edward J. Davila |

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement dated November 5, 2021 ("Stipulation") (Dkt. No. 61-1);

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, The Rosen Law Firm, P.A. ("Rosen Law"), appointed by the Court as Class Counsel for the purposes of the Settlement, have petitioned the Court for an award of attorneys' fees in compensation for services provided to Plaintiffs and the Settlement Class along with reimbursement of expenses incurred in connection with prosecuting this action, to be paid out of the Settlement Fund established pursuant to the Settlement; and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Rosen Law during the final approval hearing on July 28, 2022, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. Rosen Law is awarded  22 % of the Settlement Fund, or $ 2,420,000 , as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund at the same rate as earned by the balance of the fund from the date of the establishment of the fund to the date of payment. The Court finds this

fee award fair and reasonable. Rosen Law shall have the ability to allocate the attorneys' fees between Rosen Law and any additional counsel.

2. Rosen Law is awarded $ 59,828.16 in reimbursement of out-of-pocket expenses incurred in connection with the prosecution of this Action, which the Court finds fair and reasonable.

3. Except as otherwise provided herein, the attorneys' fees and reimbursement of expenses shall be paid in the manner and procedure provided for in the Stipulation.

**IT IS SO ORDERED.**

Dated:   July 28   , 2022

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE